# Exhibit A

**Supreme Court of Pennsylvania**
**Court of Common Pleas**
**Civil Cover Sheet**

Montgomery _____ County

| For Prothonotary Use Only: |
|---|
| Docket No: 22-22951 |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

Lead Plaintiff's Name: Somaly Ung

Lead Defendant's Name: TD Bank, N.A.

Are money damages requested? ☒ Yes ☐ No

Dollar Amount Requested: (check one)
☒ within arbitration limits
☐ outside arbitration limits

Is this a *Class Action Suit*? ☐ Yes ☒ No

Is this an *MDJ Appeal*? ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: Vicki Piontek, Esq

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☒ Intentional
- ☐ Malicious Prosecution
- ☒ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☒ Other:
  15 USC 1681 et. seq.

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dent~~al~~
- ☐ Lega~~l~~
- ☐ Medi~~cal~~
- ☐ Othe~~r~~

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other

- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other

- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

2022-22951-0000   11/25/2022 9:06 AM  # 13742809
Rcpt#Z4288483  Fee:$0.00  Summons Civil Action
Main (Public)
MontCo Prothonotary

*Updated 1/1/2011*

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

Somaly Ung                                  :
3121 Brookview Place                        :        22·22951
Elkins Park, PA 19027                       :
                            Plaintiff       :
                                            :
v.                                          :
T.D. Bank, N.A.                             :
54 Quaker Road                              :
Queensbury, NY, 12804                       :
and                                         :
XYZ Corporations 1-10                       :
                            Defendant(s)    :

## PRECIPE TO ISSUE WRIT OF SUMMONS

Kindly issue a Writ of Summons in the above captioned matter.  Thank you.


___Vicki Piontek___        __11-21-22__
Vicki Piontek, Esquire         Date
Attorney for Plaintiff
58 East Front Street
Danville, PA. 17821
215-290-6444
vicki.piontek@gmail.com
Fax: 866-408-6735

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

Somaly Ung                                    :
3121 Brookview Place                          :
Elkins Park, PA 19027                         :
                Plaintiff     :
                              :
v.                                            :
T.D. Bank, N.A.                               :
54 Quaker Road                                :
Queensbury, NY, 12804                         :
and                                           :
XYZ Corporations 1-10                         :
              Defendant(s)    :

## WRIT OF SUMMONS

TO:    T.D. Bank, N.A.
        54 Quaker Road
        Queensbury, NY, 12804

You are notified that Somaly Ung has commenced an action against you, pursuant to 15
USC 1681 et. seq., also known as the Fair Credit Reporting Act, and the Fair and
Accurate Credit Transactions Act.



SEAL OF
THE
COURT

Prothonotary

Montgomery Co Prothonotary
NOV 25 '22 AM9:18

Date



IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

Somaly Ung                       :
3121 Brookview Place            :
Elkins Park, PA 19027           :    22-22951
               Plaintiff       :

v.                            :
T.D. Bank, N.A.                 :
54 Quaker Road               :
Queensbury, NY, 12804         :
and                         :
XYZ Corporations 1-10          :
            Defendant(s)      :

## PRECIPE TO PROCEED IN FORMA PAUPERIS PURSUANT TO PENNSYLVANIA RULE OF CIVIL PROCEDURE 240

To: The Prothonotary:

Kindly waive the filing fee in the above captioned matter. Counsel has agreed to provide legal services to the Plaintiffs at no up front charge to Plaintiff. No funds have been paid by the Plaintiff to counsel in the above captioned matter. Pursuant to the fee shifting provisions of 15 USC 1681 et. seq., Defendant shall be charged counsel fees.

_Vicki Piontek_     _11/21/22_
Vicki Piontek, Esquire       Date
Supreme Court ID Number 83559
Attorney for Plaintiff
58 East Front Street
Danville, PA 17821
215-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com



2022-22951-0001   11/25/2022 9:12 AM   # 13742810
Rcpt#Z4288483  Fee:$0.00  Attorney To Proceed In Forma
Main (Public)
MontCo Prothonotary

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

UNG, SOMALY

V.                                                            No. 2022-22951

TD BANK NA

## CIVIL CASE MANAGEMENT ORDER

AND NOW, this **25ᵗʰ day** of **January, 2023**, the following Order is entered pursuant to Local Rule of Civil Procedure 200(3)(a): Trial Readiness:

1. **Fact Discovery**:  All fact discovery shall be completed within **nine months** from the date of commencement of this action (or from date of transfer of the action from another jurisdiction).

   Further discovery shall not be permitted except upon showing of extraordinary circumstances and with leave of Court. The failure to strictly comply with the provisions of this Order may result in the imposition of sanctions including, but not limited to, an Order of Preclusion or Non-Pros.

2. **Plaintiff Expert Reports**:  All plaintiff's expert reports, if any, shall be served within **ten months** from the date of commencement of this action (or from date of transfer of the action from another jurisdiction).

3. **Defense Expert Reports**:  All defense expert reports, if any, shall be served within **eleven months** from the date of commencement of this action (or from date of transfer of the action from another jurisdiction).

4. **Dispositive Motions**:  All dispositive motions shall be filed within **twelve months** from the date of commencement of this action (or from date of transfer of the action from another jurisdiction).

5. This case shall be added to the Court's Arbitration Inventory promptly after the deadline for filing dispositive motions if no timely dispositive motion is filed. If timely dispositive motions are filed, this case shall be promptly added to the Court's Arbitration Inventory following decision on all dispositive motions.

2022-22951-0003   1/25/2023 3:13 PM # 13808425
Rcpt#Z4309205  Fee:$0.00  Order - Other
Main (Public)
MontCo Prothonotary

*For the Court:*

Michael R. Kehs, Esquire
Court Administrator

RULE 236 NOTICE PROVIDED ON 01/25/2023

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

SOMALY UNG

vs.

TD BANK NA

NO. 2022-22951

## NOTICE TO DEFEND - CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY  BAR ASSOCATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19404-0268

(610) 279-9660, EXTENSION 201

PRIF0034
R 10/11

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| Somaly Ung | : | |
| Plaintiff | : | 2022-22951 |
| v. | : | |
| T.D. Bank, N.A. | : | |
| and | : | |
| XYZ Corporations 1-10 | : | |
| Defendant(s) | : | |

**NOTICE**

YOU HAVE BEEN SUED IN COURT.  IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THE COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE DEFENDANT.  YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

LAWYER REFERENCE SERVICE
MONTGOMERY COUNTY BAR ASSOCATION
100 West Airy Street (REAR), NORRISTOWN, PA 19401
(610) 279-9660, EXTENSION 201

Montgomery County Legal Aid Services
625 Swede Street, Norristown, PA 19401
610-275-5400

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| Somaly Ung | : | |
| 3121 Brookview Place | : | |
| Elkins Park, PA 19027 | : | |
| Plaintiff | : | 2022-22951 |
| v. | : | |
| T.D. Bank, N.A. | : | |
| 54 Quaker Road | : | |
| Queensbury, NY  12804 | : | |
| and | : | |
| XYZ Corporations 1-10 | : | |
| Defendant(s) | : | |

**COMPLAINT**

1.     This is an action brought by Plaintiff against the Defendant for violation of the

Fair Credit Reporting Act, 15 USC 1681 et. seq.


2.     Jurisdiction and venue is proper in this jurisdiction because Defendant

transacts business here on a regular basis.


3.     Jurisdiction for this action is asserted pursuant to 28 U.S.C. §1334-1337, if

the case is removed to Federal Court.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

4.      Jurisdiction for this action is asserted pursuant to 11 U.S.C. §524, if the case is removed to Federal Court.

5.      Venue lies in this District pursuant to 28 U.S.C. §1392(b), if the case is removed to federal Court.

6.      The cause of action in this case pertaining to violation of 11 USC 524 is a core proceeding as that term is defined in 28 US.C. §157(b)(2).

7.      Plaintiff is Somaly Ung, an adult individual with a residential address of 3124 Brookview Place, Elkins Park, PA  19027.

8.      Defendant is T.D. Bank, N.A., a/k/a TD Bank National Association, a business entity with last known addresses of Quaker Road, Queensbury, NY, 12804 .

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## FACTUAL ALLEGATIONS

9.      The previous paragraphs of this Complaint re incorporated by reference and made a part of this Complaint.

10.     Plaintiff filed bankruptcy in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Case No. 18-1304 on May 4, 2028.

11.     At no time did Defendant object to Plaintiff's Bankruptcy in any manner.

12.     At no time did Defendant claim that any money that Plaintiff owed to Defendant or its predecessor in interest was non-dischargeable.

13.     On or about September 13, 2018, this Honorable Bankruptcy Court issued an order granting Plaintiff a Discharge.  See attached exhibits.

14.     All debts that Plaintiff would have owed to Defendant were included in that Discharge.

15.     A copy of said discharge Order was mailed by the Bankruptcy Court to Defendant.  Defendant received the discharge Order.  See attached exhibits.

16.     At no time during the Chapter 7 case did Plaintiff reaffirm the underlying debt with Defendant.

17.     At no time during the Chapter 7 case was Defendant's pre-petition claim declared to be non-dischargeable.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

18.     Following the Discharge, Defendant requested and received a copy of Plaintiff's consumer report under the brand name of Experian.  See excerpt from Plaintiff's Experian consumer report included in the attached exhibits.

19.     At the time of the inquiry Plaintiff had had no active account with Defendant and all previous debts between Plaintiff and Defendant(s) were discharged in Plaintiff's Bankruptcy case.  Nor has Plaintiff initiated any business transaction with either Defendant at any time since Plaintiff's bankruptcy filing.

20.     When Defendant accessed Plaintiff's consumer report. Defendant knew or should have known of Plaintiff's Bankruptcy and the discharge.

### COUNT ONE: VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 USC 1681 et. Seq.

21.     The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

22.     The FCRA establishes very specific rules limiting when and why a person or entity can obtain a consumer report.  15 U.S.C. § 1681b (f) provides the following guidelines.

> (f) Certain use or obtaining of information prohibited. - A person shall not use or
> obtain a consumer report for any purpose unless -
> (1) the consumer report is obtained for a purpose for which the consumer report is
> authorized to be furnished under this section; and
> (2) the purpose is certified in accordance with section l68le of this title by a

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

prospective user of the report through a general or specific ce1tification.

23.     Section 1681b(a)(3) of the FCRA lists the all-inclusive purposes for which a

consumer report can be obtained:

> (a) In General. - ... (A] consumer reporting agency may furnish a consumer report
> under the following circumstances and no other:
> ...
>
> (3) To a person which it has reason to believe-
> (A) intends to use the information in connection with a credit transaction
> involving the consumer on whom the information is to be furnished and
> involving the extension of credit to, or review or collection of an account of, the
> consumer;
> ...
> (F) otherwise has a legitimate business need for the information ...
> (ii) to review an account to determine whether the consumer
> continues to meet the terms of the account.

24.     When Defendant requested and obtained Plaintiff's Experian consumer report after

the Bankruptcy discharge, Defendant was legally prohibited from accessing Plaintiff's

consumer report because Plaintiff no longer owed Defendant any money for any account

and because of the discharge injunction under 11 USC 524, and because Defendant no

longer had a permissible purpose to obtain Plaintiff's consumer report under 15 USC 1681b

et. seq.  See Haberman v. PNC, United States District Court for the Eastern District of

Texas, Case NO. 4:11cv126; also see Orr v. Allied Interstate, Inc., United States

District Court for the Northern District of New York, Case No. 11-cv-00973.

25.     When Defendant(s) requested and obtained Plaintiff's Experian consumer report

after the Bankruptcy discharge,  Defendant(s) had actual and / or constructive

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

knowledge knowledge of Plaintiff's Bankruptcy Discharge.

26.     When Defendant(s) requested and obtained Plaintiff's Experian consumer report after the Bankruptcy discharge, Defendant had actual knowledge that it did not have a permissible purpose to obtain such information.

27.     Defendant(s) had actual knowledge of Plaintiff's bankruptcy and Plaintiff's Bankruptcy discharge at the time that Plaintiff accessed Plaintiff's Experian consumer report after the Bankruptcy discharge.

28.     Defendant willfully or recklessly violated the FCRA by obtaining Plaintiff's Experian consumer report after Defendant knew or should have known of the Bankruptcy Discharge.

29.     Plaintiff sent several inquiry letters to Defendant asking Defendant why it pulled Plaintiff's Experian consumer report after the Bankruptcy Discharge.

30.     To date Plaintiff has no record of a response from Defendant to her inquiry letters.

## LIABILITY AND DAMAGES

31.     The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

32.     Upon information and belief, Plaintiff believes and avers that after a reasonable

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

time to conduct discovery, Plaintiff can prove that Defendant had no procedural guidelines or policy which prevented it from accessing a consumer's report for a discharged debt.

33.     It is believed and averred that Defendant's violation of 15 USC 1681 et. seq. was willful, wanton or at least reckless, and therefore the full amount of statutory damages of $1,000.00 is warranted, or other amount determined by this Honorable Court pursuant to 15 USC 1681 et seq.

34.     It is believed and averred that Defendant's violation of 15 USC 1681 et. seq. of the FCRA was willful, wanton or at least reckless, and therefore punitive damages are warranted.

35.     It is believed and averred that Defendant's violation of 15 USC 1681 et. seq. of the FCRA was willful, wanton because of a previous lawsuit brought by Plaintiff against Defendant in which Defendant violated 15 USC 1681b of the FCRA.  Therefore Defendant's violations were systemic.

36.     For purposes of a default judgment, Plaintiff demands punitive damages of $9,000.00 under the FCRA which is 9 times the amount of statutory damages sought in this case.

37.     Plaintiff suffered a "concrete" injury within the meaning of Article 3 of the United States Constitution when Defendant willfully accessed Plaintiff's consumer report in violation of 15 USC 1681 et. seq. because Plaintiff's privacy interests were adversely affected and because Plaintiff lives in continuing anticipation of when the

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

next instance of an unlawful consumer credit pull will occur by the Defendant.

Because Plaintiff suffered such a "concrete" injury Plaintiff has standing to bring this

claim in this Honorable Court.

## ATTORNEY FEES

38.      The previous paragraphs of this Complaint are incorporated by reference.


39.      Plaintiff believes and avers that Plaintiff is entitled to reasonable attorney

fees for prosecuting this action pursuant to 15 USC 1681 et. seq.


40.      Plaintiff believes and avers that Plaintiff is entitled to reasonable attorney

fees for prosecuting this action pursuant to 11 USC 105 et. seq.


41.      Plaintiff believes and avers that the reasonable value of Plaintiff's services

is no less than $600.00 per hour, or other amount determined by this Honorable

Court.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

42.     Plaintiff believes and avers that Plaintiff's is entitled to reasonable attorney fees of $3,000 at a rate of $600.00 per hour which includes the following.

a.  Consultation with client and review of file, inquiry letters                                    1 hour

b.  Drafting, editing, review of complaint , organizing exhibits, electronic filing and service of Complaint                                    3 hours

c.  Reasonable follow up with Defense and client            2 hours

——————————

6 hours

5   x $600  = $3,000.00

43.     The above stated attorney fees represent work performed up and until the filing of this Complaint as well as reasonable follow up with client and Defense.

44.     Plaintiff's attorney fees continue to accrue as this case progresses.

**OTHER RELIEF**

45.     The previous paragraphs of this Compliant are incorporated by reference and made a part of this Complaint.

46.     Plaintiff requests such other relief as this court may deem just and proper.

47.     Plaintiff demands a jury trial in this matter.

48.     Plaintiff seeks fees and costs for prosecuting this action.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

49.    Plaintiff seeks such other relief as this Honorable Court deems just and proper.

Wherefore, Plaintiff prays for judgment against Defendant in the amount of $13,001.00 enumerated below, or other amount determined by this Honorable Court.

$1.00 actual damages

$1,000.00 statutory damages pursuant to 15 USC 1681, the FCRA

$9,000 punitive damages

$3,000.00 attorney fees

_____

$13,001 .00

Plaintiff also requests such other relief as this Honorable Court deems just and proper.  Plaintiff seeks fees and costs for prosecuting this action.  Plaintiff demands a jury trial.

/s/ Vicki Piontek                                6/07/2023

_____          _____

Vicki Piontek., Esquire                   Date
Attorney for Plaintiff
58 East Front Street. Danville, PA  17821
vicki.piontek@gmail.com
215-290-6444        Fax: 866-408-6735

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| Somaly Ung | : | |
| 3121 Brookview Place | : | |
| Elkins Park, PA 19027 | : | |
| Plaintiff | : | 2022-22951 |
| v. | : | |
| T.D. Bank, N.A. | : | |
| 54 Quaker Road | : | |
| Queensbury, NY, 12804 | : | |
| and | : | |
| XYZ Corporations 1-10 | : | |
| Defendant(s) | : | |

## VERIFICATION

I, Somaly Ung, have read the attached Complaint.  The facts stated therein are true

and correct to the best f my knowledge, understanding and belief.


Somaly Ung


**Signature:** *Somaly Ung*
Somaly Ung (Jun 7, 2023 21:00 EDT)

**Email:**  somalyung@hotmail.com

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Somaly Ung
216 Sunnybrook Avenue - Elkins Park, PA  19027
215-█████████

TD BANKNORTH             TD BANK NA
1701 Marlton Pike East   PO BOX 1448
Cherry Hill , NJ, 08003  GREENVILLE SC 29602

TD BANK NA 5
4 CENTRAL STREET
FOXBORO, MA 02035

**Re:  Somaly Ung  SSN** ██████████ **DOB** ████████. **Partial Account #** ██████████
**Partial Acct#** ████████ **....**          **Experian Inquiry Date 06.10.21**

Dear TD Bank:

I have learned that you accessed my Experian consumer report on or about June 10, 2021.
Enclosed attached please find an excerpt of my Experian consumer report which shows an
inquiry on or about June 10, 2021.

I have reason to suspect that inquiry was in connection with partial Acct # ██████████ ....
Was it?

You know or should know that partial account number ████████████ .... was discharged in my
recently bankruptcy and you had no business accessing my Experian consumer report in
connection with that discharged account . Enclosed please find bankruptcy documents.

Please tell me why you accessed my Experian consumer report on June 10, 2021.  If I do not
hear back from you withing 15 days from the date of this letter I will assume that the
inquiry was for partial account # ██████████ ..

Sincerely,

*Somaly Ung*          7/5/2022

Somaly Ung





Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**USPS**

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**TD BANK NA 5**
**4 CENTRAL STREET**
**FOXBORO, MA 02035**

9590 9402 7357 2028 9079 67

2. Article Number *(Transfer from service label)*
7020 3160 0002 0674 5274

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X CV-19          ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9.41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $   $3.05
☐ Adult Signature Restricted Delivery $   $0.00

Postage
$                                         $0.00
                                          $0.00
**Total Postage and Fees**
$                                         $0.00

Postmark
Here

*Sent To*

**TD BANK NA 5**
*Street* **4 CENTRAL STREET**
*City, S* **FOXBORO, MA 02035**

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TD BANKNORTH
1701 Marlton Pike East
Cherry Hill , NJ, 08003

9590 9402 7357 2028 9079 74

2. Article Number *(Transfer from service label)*

7020 3160 0002 0674 5267

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1781 5281 4724 0690 2000 0000 0190 3113 0202 2020

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

Greenville, SC 29602

OFFICIAL USE

| Certified Mail Fee | $3.75 | |
| $ | | $3.05 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.56 | |
| $ | | |
| **Total Postage and Fees** | $8.36 | |
| $ | | |

...VILLE PA0821   7?

Postmark
Here

JUL 05 20..

07/05/2022

Sent To

Stree  TD BANK NA

City,  PO BOX 1448

GREENVILLE SC 29602

PS Form ...   47   See Revers...

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TD BANK NA
PO BOX 1448
GREENVILLE SC 29602

9590 9402 7357 2028 9079 81

2. Article Number (Transfer from service label)

7020 3160 0002 0674 5281

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

JUL 15 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

PO Box 9701
Allen, TX 75013



SOMALY UNG
216 SUNNYBROOK AVENUE
ELKINS PARK PA 19027-3428



# Your Credit Report

Report # ▮▮▮▮▮▮▮ for **Jan 05, 2022**



# Hi, Somaly. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history. For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

## Payment History
**81% of your accounts always paid as agreed**

Payment history makes up to 35% of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

## Amount of New Credit
**You have initiated 1 credit application(s) in the past year**

Amount of New Credit makes up to 10% of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

## Amount of Debt
**You have 55% revolving credit utilization**

Amount of Debt makes up 30% of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

## Credit History Length
**Your average account age is 7.6 years**

Credit History Length makes up 15% of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

## Credit Mix
**Different Types of accounts**

Credit Mix makes up 10% of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

7001-02-00-0002991-0006-0020346

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**TD BANK NA** Partial Acct # ▓▓▓▓▓▓
PO BOX 1448 GREENVILLE SC 29602; No phone # available

**Status** (Sep 2018) Discharged through Bankruptcy Chapter 7/Never late.

**Date opened**
Jan 2017

**Address ID #**
0040258396

**Type**
Secured Card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$1,000

**High balance**
$1,027

**Recent balance**
Not reported

This account is scheduled to continue on record until May 2025.

**Payment history:** Feb 2017 - Aug 2018

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |     |     |     |     |
| 2017 |     | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |

# BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

## US BKPT CT PA PHILADELPH US BANKRUPTCY COURT PHILADELPHIA PA 19101 No phone # available

| Identification number | Address ID# | Date resolved | Date filed | Responsibility | Status |
|-----------------------|-------------|---------------|------------|----------------|--------|
| 1813047MDC | 0039550557 | Sep 2018 | May 2018 | Individual | Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until May 2028. |

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

**FACTUAL DATA** 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available    **Mar 18, 2021**

REASON: Real Estate on behalf of FREEDOM MORTGAGE CORPORA.
DURATION: This inquiry is scheduled to continue on record until Apr 2023.

**COMENITYCAPITAL/BURLIN** PO BOX 182120 COLUMBUS OH 43218 No phone # available    **Dec 19, 2020**

REASON: Charge Card.
DURATION: This inquiry is scheduled to continue on record until Jan 2023.

**TD RETAIL CARD SERVICES** 1000 MACARTHUR BLVD MAHWAH NJ 07430 No phone # available    **Jun 30, 2020**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**AT&T SERVICES INC** PO BOX 181929 DALLAS TX 75218 (866) 718 2011    **Jun 28, 2020**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**FREEDOM CU** 626 JACKSONVILLE RD STE 250 WARMINSTER PA 18974 (215) 612 5900    **May 11, 2020**

REASON: Credit Granting.
DURATION: This inquiry is scheduled to continue on record until Jun 2022.

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825    **Feb 21, 2020**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117    **Feb 18, 2020**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3742 INQUIRY DATES: 01.04.22 | 09.15.21 | 02.19.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 12.31.21 | 12.17.21 | 12.03.21 | 11.19.21 | 11.05.21 | 09.26.21 | 09.18.21 | 08.23.21 | 08.02.21 | 07.30.21 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.29.21 | 12.25.21 | 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21 | 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.10.21 | 11.06.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 | 10.09.21 | 10.06.21 | 10.02.21 | 09.29.21 | 09.22.21 | 09.18.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 08.18.21 | 08.14.21 | 08.11.21 | 08.07.21 | 08.04.21 | 07.31.21 | 07.28.21 | 07.24.21 | 07.17.21 | 07.14.21 | 07.10.21 | 07.07.21 | 07.03.21 | 06.30.21 | 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 | 06.09.21 | 06.05.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 06.15.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 | 04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.09.21 | 02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.25.21 | 01.20.21 | 01.17.21 | 01.12.21 | 01.10.21 | 01.08.21 | 01.07.21 |

**MARLETTE SERVICING LLC** 3419 SILVERSIDE RD WILMINGTON DE 19810 No phone # available INQUIRY DATES: 12.15.21 | 11.23.21 | 10.12.21 | 04.06.21 |

**SOFI LENDING CORPORATION** 2750 E COTTONWOOD PKWY COTTONWOOD HEIGHTS UT 84121 (855) 456 7634 INQUIRY DATES: 12.15.21 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.14.21 | 11.19.21 | 11.09.21 | 09.26.21 | 09.18.21 | 08.29.21 | 08.23.21 | 08.02.21 | 07.30.21 |



Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Who Has Viewed Your Consumer Information (Continued)

TD RETAIL CARD SERVICES/HUB 1000 MACARTHUR BLVD MAHWAH NJ 07430 (866) 729 7072 INQUIRY DATES: 11.15.21 |

LENDAH LLC 500 CUMMINGS CTR STE 2550 BEVERLY MA 01915 No phone # available INQUIRY DATES: 11.11.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 INQUIRY DATES: 11.05.21 | 10.22.21 | 10.08.21 | 09.24.21 | 09.10.21 | 08.27.21 | 08.13.21 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 10.20.21 | 08.10.21 |

EXPERIANHLTH 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030 INQUIRY DATES: 10.18.21 | 04.07.21 |

CAPITAL ONE PO BOX 30281 SALT LAKE CITY UT 84130 (800) 955 7070 INQUIRY DATES: 10.14.21 |

OLLO/ACT PO BOX 9222 OLD BETHPAGE NY 11804 (877) 494 0020 INQUIRY DATES: 10.11.21 | 09.13.21 | 08.12.21 | 08.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 09.19.21 | 09.18.21 | 08.21.21 | 08.01.21 |

OPORTUN/PROGRESO 1600 SEAPORT BLVD STE 250 REDWOOD CITY CA 94063 (866) 488 6090 INQUIRY DATES: 09.14.21 | 08.17.21 | 07.19.21 | 06.23.21 | 06.21.21 |

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 INQUIRY DATES: 09.02.21 |

FINANCIAL ASSET MGMT SYS 1987 LAKESIDE PKWY STE 400 TUCKER GA 30084 (866) 924 3267 INQUIRY DATES: 08.18.21 |

MERRICK BANK PO BOX 9201 OLD BETHPAGE NY 11804 (800) 253 2322 INQUIRY DATES: 08.11.21 | 04.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 673 0140 INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

CREDIT ONE BANK 6801 S CIMARRON RD LAS VEGAS NV 89113 (415) 459 6100 INQUIRY DATES: 07.13.21 | 06.15.21 | 05.20.21 | 03.17.21 | 02.11.21 | 01.13.21 |

CONSUMER PORTFOLIO SVCS 19500 JAMBOREE RD # FLRS 4/6 IRVINE CA 92612 (949) 753 6800 INQUIRY DATES: 06.28.21 |

SELF FINANCIAL INC 515 CONGRESS AVE STE 2200 AUSTIN TX 78701 No phone # available INQUIRY DATES: 06.11.21 |

TD BANK NA 54 CENTRAL ST FOXBORO MA 02035 (508) 543 5300 INQUIRY DATES: 06.10.21 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 06.04.21 | 01.10.21 |

FACTUAL DATA 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available INQUIRY DATES: 03.28.21 |

DATAMYX/ROCKET MORTGAGE 1050 WOODWARD AVE DETROIT MI 48226 (303) 373 3000 INQUIRY DATES: 03.19.21 |

AMERISAVE MORTGAGE CORP 3525 PIEDMONT RD NE ATLANTA GA 30305 (404) 260 7500 INQUIRY DATES: 03.18.21 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 03.18.21 |

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Your Personal Information** (Continued)

for faster results          Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

For more information, including information about additional rights, go to: www.consumerfinance.gov/learnmore or write to:

Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

Debtor 1   **Somaly Ung**                                   Case number (if known)   **18-13047**

---

**4.3.2**

**SYNCB / Old Navy**
Nonpriority Creditor's Name
P.O. Box 965005
Orlando, FL 32896
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9183**                        **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.3.3**

**SYNCB / Walmart**
Nonpriority Creditor's Name
P.O. Box 965005
Orlando, FL 32896
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3538**                        **$536.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.3.4**

**TD Bank Na**
Nonpriority Creditor's Name
32 Chestnut St Cards
Lewiston, ME 04240-7765
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5678**                        **$1,027.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

Software Copyright (c) 1996-2018 Best Case LLC - www.bestcase.com            Best Case Bankruptcy

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 18-13047-mdc    Doc 40    Filed 09/16/18    Entered 09/17/18 01:02:53    Desc Imaged
Certificate of Notice    Page 1 of 4

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Somaly Ung
       Debtor

Case No. 18-13047-mdc
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin<br>Form ID: 318 | Page 1 of 2<br>Total Noticed: 31 |

Date Rcvd: Sep 14, 2018

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.

```
db             +Somaly Ung,   216 Sunnybrook Avenue,   Elkins Park, PA 19027-3428
14106500        Aes/PNC Education Loan Center,   customerservice 757,   Pittsburgh, PA 15265-1001
14110224       +Associated Credit Services, Inc.,   P.O. Box 5171,   Westborough, MA 015B 01581-5171
14106501        Chase Auto,   PO Box 901003,   Bardwell, TX 75101-2003
14110226       +Loan Science,   2111 Kramer Lane,   Austin, TX 78758-4069
14106506        Meyer Properties,   21102 Kirkwood Highway,   Wilmington, DE 19805
14110225       +Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
14110223       +Ready Refresh by Nestle,   formerly known as Deer Park / Poland Spr,   PO Box 856192,
                Louisville, KY 40285-6192
14106509        Savorn Ung,   16 Sunnybroo Avenue,   Elkins Park, PA 19027
14106518        TFC Credit Corp,   125 RYAN INDUSTRIAL 209,   San Ramon, CA 94583-1773
14106519       +TBD/CBNA,   Cce Gray Ops Center PO Box 647,   Sioux Falls, SD 57101-0647
14106520       +Thuy Pham,   721 S. 13th St,   Philadelphia, PA 19147-1839
14106521      ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
                (address filed with court:  U S Department of Edu Afsa,   PO Box 7202,   Utica, NY 13504-7202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:29   City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:26
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usage.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14106503        EDI: CITICORP.COM Sep 15 2018 06:38:00     Childrens Place/CBNA,   PO Box 6497,
                Sioux Falls, SD 57117-6497
14106504        EDI: WFNNB.COM Sep 15 2018 06:38:00     Commeity Bank / Newport,   PO Box 182789,
                Columbus, OH 43218-2789
14106505        EDI: NAVIENTFKASMDOE.COM Sep 15 2018 06:38:00     Dept of Ed/Navient,   PO Box 9635,
                Wilkes Barre, PA 18773-9635
14110227       +EDI: NAVIENTFKASMSERV.COM Sep 15 2018 06:38:00     Navient,   P.O. Box 9533,
                Wilkes-Barre, PA 18773-9533
14106507        EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery,   Riverside Commerce Center,
                120 Corprate Blvd Ste,   Norfolk, VA 23502-4952
14106508        EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery Associates,   120 Corporte Blvd Ste,
                Norfolk, VA 23502-4952
14102976       +EDI: PRA.COM Sep 15 2018 06:38:00     PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14106510       +EDI: SEARS.COM Sep 15 2018 06:38:00     SEARS/CBNA,   PO Box 6283,   Sioux Falls, SD 57117-6283
14106512       +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Amazon Picc,   P.O. Box 965005,
                Orlando, FL 32896-5005
14106513        EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / American Eagle,   P.O. Box 965005,
                Orlando, FL 32896-5036
14106514       +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Lowes,   P.O. Box 965005,
                Orlando, FL 32896-5005
14106515       +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Old Navy,   P.O. Box 965005,
                Orlando, FL 32896-5005
14106516       +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Walmart,   P.O. Box 965005,
                Orlando, FL 32896-5005
14106511        EDI: SWCR.COM Sep 15 2018 06:38:00     Southwest Credit System,   4120 intrnational pikeway,
                carrollton, TX 75007-1958
14106517        EDI: TDBANKNORTH.COM Sep 15 2018 06:38:00     TD Bank Na,   32 Chestnut St Cards,
                Lewiston, ME 04240-7765
```

TOTAL: 18

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14106502        Chase Auto Finance
```

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

District/off: 0313-2          User: admin               Page 2 of 2              Date Rcvd: Sep 14, 2018
                             Form ID: 318               Total Noticed: 31

          ***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
          MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VICKI ANN PIONTEK     on behalf of Debtor Somaly  Ung vicki.lawyer@gmail.com,   pabklaw@gmail.com
                                                                                 TOTAL: 3

Information to identify the case:

| Debtor 1 | **Somaly Ung** | | | Social Security number or ITIN   xxx-xx- |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | EIN   __-_____ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN   ____ |
| | | | | EIN   __-_____ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18-13047-mdc**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Somaly Ung
dba Nail Garden and Spa

9/13/18

**By the court:** <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.





Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Somaly Ung
216 Sunnybrook Avenue - Elkins Park, PA  19027
215 ███████████

**TD BANKNORTH**
**1701 Marlton Pike East**
**Cherry Hill , NJ, 08003**

**TD BANK NA**
**PO BOX 1448**
**GREENVILLE SC 29602**

**TD BANK NA 5**
**4 CENTRAL STREET**
**FOXBORO, MA 02035**

**Re:  Somaly Ung  SSN ███████ # DOB ████████, Partial Account # ██████████**
**Partial Acct# ████████████,        Experian Inquiry Date 06.10.21**

Dear TD Bank:

I have learned that you accessed my Experian consumer report on or about June 10, 2021.
Enclosed attached please find an excerpt of my Experian consumer report which shows an
inquiry on or about June 10, 2021.

I have reason to suspect that inquiry was in connection with partial Acct # ███████████
Was it?

You know or should know that partial account number ████████.... was discharged in my
recently bankruptcy and you had no business accessing my Experian consumer report in
connection with that discharged account . Enclosed please find bankruptcy documents.

Please tell me why you accessed my Experian consumer report on June 10, 2021.  If I do not
hear back from you withing 15 days from the date of this letter I will assume that the
inquiry was for partial account # ████████

Sincerely,

_Somaly Ung_ (signature)                    7/11/2022

Somaly Ung

**UNITED STATES POSTAL SERVICE**®

**Certificate (**
**Mailir**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for maili
This form may be used for domestic and international mail.

**From:**

Somaly Ung

216 Sunnybrook Avenue

Elkins Park, PA  19027

**To:**

TD Bank NA 5

4 Central Street

~~Foxboro, MA 02035~~

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LG ENV
DANVILLE, PA
17821
JUL 11, 22
AMOUNT
**$1.75**
R2304M115163-97


1000

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00 The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



## UNITED STATES POSTAL SERVICE®

### Certificate
### Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
this form may be used for domestic and international mail.

From:

Somaly Ung

216 Sunnybrook Avenue

Elkins Park, PA  19027

TD Bank NA
P.O. Box 1448
Greenville, SC  29602

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LG ENV
DANVILLE, PA
17821
JUL 11, 22
AMOUNT
$1.75
R2304M115163-97



1000



**Certificate**
**Mail**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From:

Somaly Ung

216 Sunnybrook Avenue

Elkins Park, PA  19027

To:

TD Banknorth

1701 Marlton Pike East

Cherry Hill, NJ  08003

U.S. POSTAGE PAID
FCM LG ENV
DANVILLE, PA
17821
JUL 11, 22
AMOUNT
$1.75
R2304M115163-97



1000

PS Form **3817**, April 2007  PSN 7530-02-000-9065

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

PO Box 9701
Allen, TX 75013



SOMALY UNG
216 SUNNYBROOK AVENUE
ELKINS PARK PA  19027-3428



# Your Credit Report

Report #  ██████████  for Jan 05, 2022



# Hi, Somaly. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

## Payment History
**81% of your accounts always paid as agreed**

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

## Amount of Debt
**You have 55% revolving credit utilization**

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

## Credit History Length
**Your average account age is 7.6 years**

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

## Amount of New Credit
**You have initiated 1 credit application(s) in the past year**

Amount of New Credit makes up to **10%** of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

## Credit Mix
**Different Types of accounts**

Credit Mix makes up **10%** of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

FICO SCORES

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

7001-02-00-000297-0006-0000246

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**TD BANK NA Partial Acct #** ███████
PO BOX 1448 GREENVILLE SC 29602; No phone # available

**Status (Sep 2018)** Discharged through Bankruptcy Chapter 7/Never late.

| | | | Payment history: Feb 2017 - Aug 2018 |
|---|---|---|---|
| **Date opened**<br>Jan 2017 | **Terms**<br>Not reported | **Recent balance**<br>Not reported | |
| **Address ID #**<br>0040258396 | **Monthly payment**<br>Not reported | This account is scheduled to continue on record until May 2025. | |
| **Type**<br>Secured Card | **Credit limit or original amount**<br>$1,000 | | |
| **Responsibility**<br>Individual | **High balance**<br>$1,027 | | |

Payment history grid:

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |     |     |     |     |
| 2017 |     | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |

## BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

**US BKPT CT PA PHILADELPH** US BANKRUPTCY COURT PHILADELPHIA PA 19101 No phone # available

| Identification number | Address ID# | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 1813047MDC | 0039550557 | Sep 2018 | May 2018 | Individual | Chapter 7 bankruptcy discharged.  This item is scheduled to continue on record until May 2028. |

7001-02-00-000397-0005-0000245

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

> ⚠ Hard inquiries may stay on your report up to two years.

---

**FACTUAL DATA** 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available    **Mar 18, 2021**
REASON: Real Estate on behalf of FREEDOM MORTGAGE CORPORA.
DURATION: This inquiry is scheduled to continue on record until Apr 2023.

---

**COMENITYCAPITAL/BURLIN** PO BOX 182120 COLUMBUS OH 43218 No phone # available    **Dec 19, 2020**
REASON: Charge Card.
DURATION: This inquiry is scheduled to continue on record until Jan 2023.

---

**TD RETAIL CARD SERVICES** 1000 MACARTHUR BLVD MAHWAH NJ 07430 No phone # available    **Jun 30, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

---

**AT&T SERVICES INC** PO BOX 181929 DALLAS TX 75218 (866) 718 2011    **Jun 28, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

---

**FREEDOM CU** 626 JACKSONVILLE RD STE 250 WARMINSTER PA 18974 (215) 612 5900    **May 11, 2020**
REASON: Credit Granting.
DURATION: This inquiry is scheduled to continue on record until Jun 2022.

---

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825    **Feb 21, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

---

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117    **Feb 18, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

---

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

> ℹ Soft inquiries DO NOT impact your credit score.

---

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3742 INQUIRY DATES: 01.04.22 | 09.15.21 | 02.19.21 |

---

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (886) 431 3471 INQUIRY DATES: 12.31.21 | 12.17.21 | 12.03.21 | 11.19.21 | 11.05.21 | 09.26.21 | 09.18.21 | 08.23.21 | 08.03.21 | 07.30.21 |

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.29.21 | 12.25.21 | 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21 | 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.10.21 | 11.06.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 | 10.09.21 | 10.06.21 | 09.29.21 | 09.25.21 | 09.22.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 08.18.21 | 08.14.21 | 08.11.21 | 08.07.21 | 08.04.21 | 07.31.21 | 07.23.21 | 07.14.21 | 07.17.21 | 07.14.21 | 07.10.21 | 07.07.21 | 07.03.21 | 06.30.21 | 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 | 08.09.21 | 06.05.21 | 06.02.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 05.16.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 | 04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.09.21 | 02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.25.21 | 01.20.21 | 01.17.21 | 01.12.21 | 01.10.21 | 01.08.21 | 01.07.21 |

---

**MARLETTE SERVICING LLC** 3419 SILVERSIDE RD WILMINGTON DE 19810 No phone # available INQUIRY DATES: 12.15.21 | 11.23.21 | 10.12.21 | 04.06.21 |

---

**SOFI LENDING CORPORATION** 2750 E COTTONWOOD PKWY COTTONWOOD HEIGHTS UT 84121 (855) 456 7634 INQUIRY DATES: 12.15.21 |

---

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.14.21 | 11.18.21 | 11.09.21 | 09.26.21 | 09.18.21 | 08.29.21 | 08.23.21 | 08.02.21 | 07.30.21 |

---


T001-02-04-0000099 7-0001-0000243

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Who Has Viewed Your Consumer Information (Continued)

**TD RETAIL CARD SERVICES/HUB** 1000 MACARTHUR BLVD MAHWAH NJ 07430 (866) 729 7072 INQUIRY DATES: 11.19.21 |

**LENDAH LLC** 500 CUMMINGS CTR STE 2550 BEVERLY MA 01915 No phone # available INQUIRY DATES: 11.11.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 INQUIRY DATES: 11.05.21 | 10.22.21 | 10.08.21 | 09.24.21 | 09.10.21 | 08.27.21 | 08.13.21 |

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 10.20.21 | 08.10.21 |

**EXPERIANHLTH** 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030 INQUIRY DATES: 10.19.21 | 04.07.21 |

**CAPITAL ONE** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 955 7070 INQUIRY DATES: 10.14.21 |

**OLLO/ACT** PO BOX 9222 OLD BETHPAGE NY 11804 (877) 494 0020 INQUIRY DATES: 10.11.21 | 09.13.21 | 08.12.21 | 08.14.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 09.19.21 | 09.16.21 | 08.21.21 | 08.01.21 |

**OPORTUN/PROGRESO** 1600 SEAPORT BLVD STE 250 REDWOOD CITY CA 94063 (866) 488 6000 INQUIRY DATES: 09.14.21 | 09.17.21 | 07.19.21 | 08.23.21 | 05.21.21 |

**AFFIRM** 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 INQUIRY DATES: 09.02.21 |

**FINANCIAL ASSET MGMT SYS** 1967 LAKESIDE PKWY STE 400 TUCKER GA 30084 (866) 924 3267 INQUIRY DATES: 08.18.21 |

**MERRICK BANK** PO BOX 9201 OLD BETHPAGE NY 11804 (800) 253 2322 INQUIRY DATES: 08.11.21 | 04.14.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 673 0140 INQUIRY DATES: 07.30.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

**CREDIT ONE BANK** 6801 S CIMARRON RD LAS VEGAS NV 89113 (415) 459 6100 INQUIRY DATES: 07.13.21 | 06.15.21 | 05.20.21 | 03.17.21 | 02.11.21 | 01.13.21 |

**CONSUMER PORTFOLIO SVCS** 19500 JAMBOREE RD # FLRS 4/6 IRVINE CA 92612 (949) 753 6800 INQUIRY DATES: 06.29.21 |

**SELF FINANCIAL INC** 515 CONGRESS AVE STE 2200 AUSTIN TX 78701 No phone # available INQUIRY DATES: 06.11.21 |

**TD BANK NA** 54 CENTRAL ST FOXBORO MA 02035 (508) 543 5300 INQUIRY DATES: 06.10.21 |

**EXPERIAN CS IDENTITY** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 06.04.21 | 01.10.21 |

**FACTUAL DATA** 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available INQUIRY DATES: 03.28.21 |

**DATAMYX/ROCKET MORTGAGE** 1050 WOODWARD AVE DETROIT MI 48226 (303) 373 3000 INQUIRY DATES: 03.19.21 |

**AMERISAVE MORTGAGE CORP** 3525 PIEDMONT RD NE ATLANTA GA 30305 (404) 260 7500 INQUIRY DATES: 03.18.21 |

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 03.18.21 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

ⓘ Personal information DOES NOT impact your credit score at all.



Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Your Personal Information** (Continued)



## How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

**CALL US**

(833) 769 8634
M - F 9am - 5pm in your time zone.

**WRITE TO US**

Experian, NCAC
P.O. Box 2002
Allen, TX 75013

**GO ONLINE (for fastest results)**

Visit experian.com/disputes



Dispute Online
for faster results

Check Status
Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

For more information, including information about additional rights, go to: www.consumerfinance.gov/learnmore or write to:

Consumer Financial Protection Bureau
1700 G Street N.W., Washington, DC 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

7001-02-00-0002957-0002-0000242

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Debtor 1   **Somaly Ung**                                                                  Case number (if known)   **18-13047**

**4.3 2**

**SYNCB / Old Navy**
Nonpriority Creditor's Name
**P.O. Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   **9183**                                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

**4.3 3**

**SYNCB / Walmart**
Nonpriority Creditor's Name
**P.O. Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   **3538**                                          **$536.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

**4.3 4**

**TD Bank Na**
Nonpriority Creditor's Name
**32 Chestnut St Cards**
**Lewiston, ME 04240-7765**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   **5678**                                          **$1,027.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 18-13047-mdc     Doc 40     Filed 09/16/18     Entered 09/17/18 01:02:53     Desc Imaged
Certificate of Notice     Page 1 of 4
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-13047-mdc
Somaly Ung                                                                      Chapter 7
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Sep 14, 2018
                             Form ID: 318              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.

| | | |
|---|---|---|
| db | +Somaly Ung,   216 Sunnybrook Avenue,   Elkins Park, PA 19027-3428 | |
| 14106500 | Aes/PNC Education Loan Center,   customerservice 757,   Pittsburgh, PA 15265-1001 | |
| 14110224 | +Associated Credit Services, Inc.,   P.O. Box 5171,   Westborough, MA 015B 01581-5171 | |
| 14106501 | Chase Auto,   PO Box 901003,   Bardwell, TX 75101-2003 | |
| 14110226 | +Loan Science,   2111 Kramer Lane,   Austin, TX 78758-4069 | |
| 14106506 | Meyer Properties,   21102 Kirkwood Highway,   Wilmington, DE 19805 | |
| 14110225 | +Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943 | |
| 14110223 | +Ready Refresh by Nestle,   formerly known as Deer Park / Poland Spr,   PO Box 856192,     Louisville, KY 40285-6192 | |
| 14106509 | Savorn Ung,   16 Sunnybroo Avenue,   Elkins Park, PA 19027 | |
| 14106518 | TFC Credit Corp,   125 RYAN INDUSTRIAL 209,   San Ramon, CA 94583-1773 | |
| 14106519 | +THD/CBNA,   Cco Gray Ops Center PO Box 647,   Sioux Falls, SD 57101-0647 | |
| 14106520 | +Thuy Pham,   721 S. 13th St,   Philadelphia, PA 19147-1839 | |
| 14106521 | ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609     (address filed with court:   U S Department of Edu Afsa,   PO Box 7202,   Utica, NY 13504-7202) | |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| smg | E-mail/Text: megan.harper@phla.gov Sep 15 2018 02:58:29   City of Philadelphia,     City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,     Philadelphia, PA 19102-1595 | |
| smg | E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:26     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,     Harrisburg, PA 17128-0946 | |
| smg | +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25   U.S. Attorney Office,     c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404 | |
| 14106503 | EDI: CITICORP.COM Sep 15 2018 06:38:00   Childrens Place/CBNA,   PO Box 6497,     Sioux Falls, SD 57117-6497 | |
| 14106504 | EDI: WFNNB.COM Sep 15 2018 06:38:00   Commeity Bank / Newport,   PO Box 182789,     Columbus, OH 43218-2789 | |
| 14106505 | EDI: NAVIENTFKASHDOE.COM Sep 15 2018 06:38:00   Dept of Ed/Navient,   PO Box 9635,     Wilkes Barre, PA 18773-9635 | |
| 14110227 | +EDI: NAVIENTFKASMSRRV.COM Sep 15 2018 06:38:00   Navient,   P.O. Box 9533,     Wilkes-Barre, PA 18773-9533 | |
| 14106507 | EDI: PRA.COM Sep 15 2018 06:38:00   Portfolio Recovery,   Riverside Commerce Center,     120 Corprate Blvd Ste,   Norfolk, VA 23502-4952 | |
| 14106508 | EDI: PRA.COM Sep 15 2018 06:38:00   Portfolio Recovery Associates,   120 Corporte Blvd Ste,     Norfolk, VA 23502-4952 | |
| 14102976 | +EDI: PRA.COM Sep 15 2018 06:38:00   PRA Receivables Management, LLC,   PO Box 41021,     Norfolk, VA 23541-1021 | |
| 14106510 | +EDI: SEARS.COM Sep 15 2018 06:38:00   SEARS/CBNA,   PO Box 6283,   Sioux Falls, SD 57117-6283 | |
| 14106512 | +EDI: RMSC.COM Sep 15 2018 06:38:00   SYNCB / Amazon Picc,   P.O. Box 965005,     Orlando, FL 32896-5005 | |
| 14106513 | EDI: RMSC.COM Sep 15 2018 06:38:00   SYNCB / American Eagle,   P.O. Box 965005,     Orlando, FL 32896-5036 | |
| 14106514 | +EDI: RMSC.COM Sep 15 2018 06:38:00   SYNCB / Lowes,   P.O. Box 965005,     Orlando, FL 32896-5005 | |
| 14106515 | +EDI: RMSC.COM Sep 15 2018 06:38:00   SYNCB / Old Navy,   P.O. Box 965005,     Orlando, FL 32896-5005 | |
| 14106516 | +EDI: RMSC.COM Sep 15 2018 06:38:00   SYNCB / Walmart,   P.O. Box 965005,     Orlando, FL 32896-5005 | |
| 14106511 | EDI: SWCR.COM Sep 15 2018 06:38:00   Southwest Credit System,   4120 intrnational pikeway,     carrollton, TX 75007-1958 | |
| 14106517 | EDI: TDBANKNORTH.COM Sep 15 2018 06:38:00   TD Bank Na,   32 Chestnut St Cards,     Lewiston, ME 04240-7765 | |

TOTAL: 18

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14106502     Chase Auto Finance

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified
Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| District/off: 0313-2 | User: admin | Page 2 of 2 | Date Rcvd: Sep 14, 2018 |
| | Form ID: 318 | Total Noticed: 31 | |

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2018                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:
       MICHAEL H KALINER     mhkaliner@gmail.com,  pa35@ecfcbis.com
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
       VICKI ANN PIONTEK   on behalf of Debtor Somaly  Ung vicki.lawyer@gmail.com,  pabklaw@gmail.com
                                                                      TOTAL: 3

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Somaly Ung** | | Social Security number or ITIN   xxx–xx–▪ |
| | First Name   Middle Name   Last Name | | EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | | | Social Security number or ITIN   ____ |
| | First Name   Middle Name   Last Name | | EIN   __–_____ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–13047–mdc**

# Order of Discharge                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Somaly Ung
dba Nail Garden and Spa

<u>9/13/18</u>                           By the court:   <u>Magdeline D. Coleman</u>
                                                        United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.





Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified
Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Somaly Ung
216 Sunnybrook Avenue - Elkins Park, PA  19027
215█████

TD BANKNORTH                TD BANK NA
1701 Marlton Pike East      PO BOX 1448
Cherry Hill , NJ, 08003     GREENVILLE SC 29602

TD BANK NA 5
4 CENTRAL STREET
FOXBORO, MA 02035

**Re:  Somaly Ung  SSN**█████  **DOB**█████  **Partial Account #**█████
**Partial Acct#**█████          **Experian Inquiry Date 06.10.21**

Dear TD Bank:

I have learned that you accessed my Experian consumer report on or about June 10, 2021.
Enclosed attached please find an excerpt of my Experian consumer report which shows an
inquiry on or about June 10, 2021.

I have reason to suspect that inquiry was in connection with partial Acct #█████....
Was it?

You know or should know that partial account number █████.... was discharged in my
recently bankruptcy and you had no nosiness accessing my Experian consumer report in
connection with that discharged account

Please tell me why you accessed my Experian consumer report on June 10, 2021.  If I do not
hear back from you withing 15 days from the date of this letter I will assume that the inquiry
was in connection with partial account number Partial Acct#█████

Sincerely,

*Somaly Ung*                          9/13/2022
Somaly Ung

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

PO Box 9701
Allen, TX 75013



SOMALY UNG
216 SUNNYBROOK AVENUE
ELKINS PARK PA  19027-3428



# Your Credit Report

Report # ▮▮▮▮▮▮ for Jan 05, 2022



# Hi, Somaly. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

## What makes up your FICO® Score?*

### Payment History
*81% of your accounts always paid as agreed*

Payment history makes up to 35% of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

### Amount of New Credit
*You have initiated 1 credit application(s) in the past year*

Amount of New Credit makes up to 10% of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*





### Credit Mix
*Different Types of accounts*

Credit Mix makes up 10% of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

### Amount of Debt
*You have 55% revolving credit utilization*

Amount of Debt makes up 30% of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

### Credit History Length
*Your average account age is 7.6 years*

Credit History Length makes up 15% of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

7001-02-00-0003991-0005-0000246

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**TD BANK NA** Partial Acct #
PO BOX 1448 GREENVILLE SC 29602; No phone # available

**Status (Sep 2018)** Discharged through
Bankruptcy Chapter 7/Never late.

| | | |
|---|---|---|
| **Date opened**<br>Jan 2017 | **Terms**<br>Not reported | **Recent balance**<br>Not reported |
| **Address ID #**<br>0040258398 | **Monthly payment**<br>Not reported | This account is<br>scheduled to continue on<br>record until May 2025. |
| **Type**<br>Secured Card | **Credit limit or**<br>**original amount**<br>$1,000 | |
| **Responsibility**<br>Individual | **High balance**<br>$1,027 | |

Payment history: Feb 2017 - Aug 2018

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | |
| 2017 | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

## BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

## US BKPT CT PA PHILADELPH US BANKRUPTCY COURT PHILADELPHIA PA 19101 No phone # available

| Identification number | Address ID# | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 1813047MDC | 0039550557 | Sep 2018 | May 2018 | Individual | Chapter 7 bankruptcy<br>discharged. This item is<br>scheduled to continue on<br>record until May 2028. |

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

> ⚠ Hard inquiries may stay on your report up to two years.



**FACTUAL DATA** 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available — Mar 18, 2021
REASON: Real Estate on behalf of FREEDOM MORTGAGE CORPORA.
DURATION: This inquiry is scheduled to continue on record until Apr 2023.

**COMENITYCAPITAL/BURLIN** PO BOX 182120 COLUMBUS OH 43218 No phone # available — Dec 18, 2020
REASON: Charge Card.
DURATION: This inquiry is scheduled to continue on record until Jan 2023.

**TD RETAIL CARD SERVICES** 1000 MACARTHUR BLVD MAHWAH NJ 07430 No phone # available — Jun 30, 2020
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**AT&T SERVICES INC** PO BOX 181929 DALLAS TX 75218 (866) 718 2011 — Jun 28, 2020
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**FREEDOM CU** 626 JACKSONVILLE RD STE 250 WARMINSTER PA 18974 (215) 612 5900 — May 11, 2020
REASON: Credit Granting.
DURATION: This inquiry is scheduled to continue on record until Jun 2022.

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 — Feb 21, 2020
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 — Feb 18, 2020
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

ⓘ Soft inquiries DO NOT impact your credit score.

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3742 INQUIRY DATES: 01.04.22 | 09.15.21 | 02.19.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 12.31.21 | 12.17.21 | 12.03.21 | 11.19.21 | 11.05.21 | 09.20.21 | 09.10.21 | 08.23.21 | 08.02.21 | 07.30.21 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.29.21 | 12.25.21 | 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21 | 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.09.21 | 11.05.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 | 10.09.21 | 10.06.21 | 10.02.21 | 09.29.21 | 09.25.21 | 09.22.21 | 09.18.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 08.18.21 | 08.14.21 | 08.11.21 | 08.07.21 | 08.04.21 | 08.01.21 | 07.28.21 | 07.24.21 | 07.21.21 | 07.17.21 | 07.14.21 | 07.10.21 | 07.07.21 | 07.03.21 | 06.30.21 | 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 | 05.22.21 | 05.05.21 | 05.02.21 | 04.29.21 | 04.26.21 | 04.22.21 | 04.18.21 | 04.14.21 | 04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.13.21 | 02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.23.21 | 01.20.21 | 01.17.21 | 01.12.21 | 01.02.21 | 01.07.21 |

**MARLETTE SERVICING LLC** 3419 SILVERSIDE RD WILMINGTON DE 19810 No phone # available INQUIRY DATES: 12.15.21 | 11.23.21 | 10.12.21 | 04.05.21 |

**SOFI LENDING CORPORATION** 2750 E COTTONWOOD PKWY COTTONWOOD HEIGHTS UT 84121 (855) 456 7634 INQUIRY DATES: 12.15.21 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.14.21 | 11.19.21 | 11.02.21 | 09.20.21 | 09.10.21 | 08.23.21 | 08.02.21 | 07.30.21 |

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Who Has Viewed Your Consumer Information (Continued)

TD RETAIL CARD SERVICES/HUB 1000 MACARTHUR BLVD MAHWAH NJ 07430 (866) 729 7072  INQUIRY DATES:11.18.21 |

LENDAH LLC 500 CUMMINGS CTR STE 2550 BEVERLY MA 01915 No phone # available  INQUIRY DATES:11.18.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 6800  INQUIRY DATES: 11.05.21 | 10.22.21 | 10.08.21 | 09.24.21 | 09.10.21 | 09.27.21 | 09.13.21 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773  INQUIRY DATES:10.20.21 | 09.10.21 |

EXPERIANHLTH 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030  INQUIRY DATES:10.19.21 | 04.07.21 |

CAPITAL ONE PO BOX 30281 SALT LAKE CITY UT 84130 (800) 955 7070  INQUIRY DATES:10.14.21 |

OLLO/ACT PO BOX 9222 OLD BETHPAGE NY 11804 (877) 494 0020  INQUIRY DATES:10.11.21 | 03.13.21 | 09.12.21 | 09.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES:09.10.21 | 09.15.21 | 09.21.21 | 09.01.21 |

OPORTUN/PROGRESO 1600 SEAPORT BLVD STE 250 REDWOOD CITY CA 94063 (866) 488 6090  INQUIRY DATES:09.14.21 | 08.17.21 | 07.13.21 | 09.23.21 | 09.21.21 |

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729  INQUIRY DATES:09.02.21 |

FINANCIAL ASSET MGMT SYS 1997 LAKESIDE PKWY STE 400 TUCKER GA 30084 (888) 924 3267  INQUIRY DATES:08.18.21 |

MERRICK BANK PO BOX 9201 OLD BETHPAGE NY 11804 (800) 253 2322  INQUIRY DATES:08.11.21 | 04.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES:07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 673 0140  INQUIRY DATES:07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES:07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES:07.30.21 |

CREDIT ONE BANK 6801 S CIMARRON RD LAS VEGAS NV 89113 (415) 459 6100  INQUIRY DATES:07.13.21 | 06.15.21 | 05.20.21 | 03.17.21 | 02.11.21 | 01.13.21 |

CONSUMER PORTFOLIO SVCS 19500 JAMBOREE RD # FLRS 4/5 IRVINE CA 92612 (949) 753 6800  INQUIRY DATES:06.29.21 |

SELF FINANCIAL INC 515 CONGRESS AVE STE 2200 AUSTIN TX 78701 No phone # available  INQUIRY DATES:06.11.21 |

TD BANK NA 54 CENTRAL ST FOXBORO MA 02035 (508) 543 5300  INQUIRY DATES:05.13.21 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available  INQUIRY DATES:05.04.21 | 01.18.21 |

FACTUAL DATA 975 GREENTREE RD PITTSBURGH PA 15220 No phone # available  INQUIRY DATES:03.29.21 |

DATAMYX/ROCKET MORTGAGE 1050 WOODWARD AVE DETROIT MI 48226 (303) 373 3000  INQUIRY DATES:03.19.21 |

AMERISAVE MORTGAGE CORP 3525 PIEDMONT RD NE ATLANTA GA 30305 (404) 260 7500  INQUIRY DATES:03.19.21 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available  INQUIRY DATES:03.18.21 |

# Your Personal Information

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Your Personal Information (Continued)**



# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

**CALL US**

(833) 788 6834
M - F 8am - 6pm in your time zone.

**WRITE TO US**

Experian, NCAC
P.O. Box 2002
Allen, TX 75013

**GO ONLINE (for fastest results)**

Visit experian.com/disputes



Dispute Online                Check Status
for faster results            Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

For more information, including information about additional rights, go to: www.consumerfinance.gov/learnmore or write to:

Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Debtor 1   Somaly Ung                                                         Case number (if know)      18-13047

**4.3 2**
**SYNCB / Old Navy**
Nonpriority Creditor's Name
P.O. Box 965005
Orlando, FL 32896
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   9183                                   Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**4.3 3**
**SYNCB / Walmart**
Nonpriority Creditor's Name
P.O. Box 965005
Orlando, FL 32896
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   3538                                   $538.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**4.3 4**
**TD Bank Na**
Nonpriority Creditor's Name
32 Chestnut St Cards
Lewiston, ME 04240-7765
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   6678                                   $1,027.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 18-13047-mdc    Doc 40    Filed 09/16/18    Entered 09/17/18 01:02:53    Desc Imaged
Certificate of Notice    Page 1 of 4

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                                 Case No. 18-13047-mdc
Somaly Ung                                                             Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Sep 14, 2018
                             Form ID: 318              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
```
db              +Somaly Ung,    216 Sunnybrook Avenue,    Elkins Park, PA 19027-3428
14106500         Aes/FNC Education Loan Center,    customerservice 757,    Pittsburgh, PA 15265-1001
14110224        +Associated Credit Services, Inc.,    P.O. Box 5171,    Westborough, MA 01581-5171
14106501         Chase Auto,    PO Box 901003,    Bardwell, TX 75101-2003
14110226        +Loan Science,    2111 Kramer Lane,    Austin, TX 78758-4069
14106506         Meyer Properties,    21102 Kirkwood Highway,    Wilmington, DE 19805
14110225        +Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
14110223        +Ready Refresh by Nestle,    formerly known as Deer Park / Poland Spr,    PO Box 856192,
                 Louisville, KY 40285-6192
14106509         Savora Ung,    16 Sunnybroo Avenue,    Elkins Park, PA 19027
14106518         TPC Credit Corp,    125 RYAN INDUSTRIAL 209,    San Ramon, CA 94583-1773
14106519        +TBD/CBNA,    Cco Gray Ops Center PO Box 647,    Sioux Falls, SD 57101-0647
14106520        +Thuy Pham,    721 S. 13th St,    Philadelphia, PA 19147-1839
14106521        ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                 (address filed with court: U S Department of Edu Afsa,    PO Box 7202,    Utica, NY 13504-7202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14106503         EDI: CITICORP.COM Sep 15 2018 06:38:00      Childrens Place/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14106504         EDI: WFNNB.COM Sep 15 2018 06:38:00      Commnity Bank / Newport,    PO Box 182789,
                 Columbus, OH 43218-2789
14106505         EDI: NAVIENTFKHSHDCS.COM Sep 15 2018 06:38:00      Dept of Ed/Navient,    PO Box 9635,
                 Wilkes-Barre, PA 18773-9635
14110227        +EDI: NAVIENTFKASNSERV.COM Sep 15 2018 06:38:00      Navient,    P.O. Box 9533,
                 Wilkes-Barre, PA 18773-9533
14106507         EDI: PRA.COM Sep 15 2018 06:38:00      Portfolio Recovery,    Riverside Commerce Center,
                 120 Corprate Blvd Ste,    Norfolk, VA 23502-4952
14106508         EDI: PRA.COM Sep 15 2018 06:38:00      Portfolio Recovery Associates,    120 Corprate Blvd Ste,
                 Norfolk, VA 23502-4952
14102976        +EDI: PRA.COM Sep 15 2018 06:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14106510        +EDI: SEARS.COM Sep 15 2018 06:38:00      SEARS/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
14106512        +EDI: RMSC.COM Sep 15 2018 06:38:00      SYNCB / Amazon Picc,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106513         EDI: RMSC.COM Sep 15 2018 06:38:00      SYNCB / American Eagle,    P.O. Box 965005,
                 Orlando, FL 32896-5036
14106514         EDI: RMSC.COM Sep 15 2018 06:38:00      SYNCB / Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106515        +EDI: RMSC.COM Sep 15 2018 06:38:00      SYNCB / Old Navy,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106516        +EDI: RMSC.COM Sep 15 2018 06:38:00      SYNCB / Walmart,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106511         EDI: SWCR.COM Sep 15 2018 06:38:00      Southwest Credit System,    4120 intrnational pikeway,
                 carrollton, TX 75007-1958
14106517         EDI: TDBANKNORTH.COM Sep 15 2018 06:38:00      TD Bank Na,    32 Chestnut St Cards,
                 Lewiston, ME 04240-7765
                                                                                      TOTAL: 18

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14106502         Chase Auto Finance

                                                                          TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 18-13047-mdc   Doc 40   Filed 09/16/18   Entered 09/17/18 01:02:53   Desc Imaged
Certificate of Notice   Page 2 of 4

District/off: 0313-2          User: admin                Page 2 of 2            Date Rcvd: Sep 14, 2018
                              Form ID: 318               Total Noticed: 31

          ***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2018                            Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:
              MICHAEL H KALINER     mhkaliner@gmail.com,  pa35@ecfcbis.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              VICKI ANN PIONTEK     on behalf of Debtor Somaly  Ung vicki.lawyer@gmail.com,  pabklaw@gmail.com
                                                                          TOTAL: 3

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 18-13047-mdc    Doc 40    Filed 09/16/18    Entered 09/17/18 01:02:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Somaly Ung** | | Social Security number or ITIN   xxx–xx |
| | First Name    Middle Name    Last Name | | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN   ____ |
| | First Name    Middle Name    Last Name | | EIN   __–_____ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | | |
| Case number:  18–13047–mdc | | | |

## Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Somaly Ung
dba Nail Garden and Spa

9/13/18                                                    By the court: <u>Magdeline D. Coleman</u>
                                                                         United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                        Order of Discharge                        page 1

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

```
This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.
```

Official Form 318                    **Order of Discharge**                    page 2

Case# 2022-22951-4 Docketed at Montgomery County Prothonotary on 06/09/2023 9:41 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.





Case# 2022-22951-5 Docketed at Montgomery County Prothonotary on 06/09/2023 10:25 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

| | | |
|---|---|---|
| Somaly Ung | : | |
| 3121 Brookview Place | : | |
| Elkins Park, PA 19027 | : | |
| Plaintiff | : | 2022-22951 |
| v. | : | |
| T.D. Bank, N.A. | : | |
| 54 Quaker Road | : | |
| Queensbury, NY, 12804 | : | |
| and | : | |
| T.D. Bank, N.A. | : | |
| 1 Portland Square | : | |
| Portland, ME. 04112 | : | |
| and | : | |
| XYZ CORPORATIONS 1-10 | : | |
| Defendant(s) | : | |

**PRAECIPE TO AMEMD CAPTION**

Kindly amend the caption in the above captioned matter to ad an additional

address for Defendant.


Thank you.


/s/ Vicki Piontek                                    6/09/2023

_____          _____

Vicki Piontek., Esquire                              Date
Attorney for Plaintiff
58 East Front Street
Danville, PA  17821
vicki.piontek@gmail.com
215-290-6444
Fax: 866-408-6735

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

SOMALY UNG

vs.

TD BANK NA

NO.  2022-22951

## NOTICE TO DEFEND - CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY  BAR ASSOCATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19404-0268

(610) 279-9660, EXTENSION 201

PRIF0034
R 10/11

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| Somaly Ung | : | |
| Plaintiff | : | 2022-22951 |
| v. | : | |
| T.D. Bank, N.A. | : | |
| and | : | |
| XYZ Corporations 1-10 | : | |
| Defendant(s) | : | |

**NOTICE**

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE
CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION
WITHIN TWENTY (20) DAYS AFTER THE COMPLAINT AND NOTICE ARE SERVED
BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND
FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE
CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO
SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE
ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY
MONEY CLAIMED OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE
DEFENDANT. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS
IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT
HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE
SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS
OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

LAWYER REFERENCE SERVICE
MONTGOMERY COUNTY BAR ASSOCATION
100 West Airy Street (REAR), NORRISTOWN, PA 19401
(610) 279-9660, EXTENSION 201

Montgomery County Legal Aid Services
625 Swede Street, Norristown, PA 19401
610-275-5400

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| Somaly Ung | : | |
| 3121 Brookview Place | : | |
| Elkins Park, PA 19027 | : | |
| Plaintiff | : | 2022-22951 |
| v. | : | |
| T.D. Bank, N.A. | : | |
| 54 Quaker Road | : | |
| Queensbury, NY, 12804 | : | |
| and | : | |
| T.D. Bank, N.A. | : | |
| 1 Portland Square | : | |
| Portland, ME. 04112 | : | |
| and | : | |
| XYZ CORPORATIONS 1-10 | : | |
| Defendant(s) | : | |

**AMENDED COMPLAINT**

1.      This is an action brought by Plaintiff against the Defendant for violation of the

Fair Credit Reporting Act, 15 USC 1681 et. seq.


2.      Jurisdiction and venue is proper in this jurisdiction because Defendant

transacts business here on a regular basis.


3.      Jurisdiction for this action is asserted pursuant to 28 U.S.C. §1334-1337, if

the case is removed to Federal Court.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

4.      Jurisdiction for this action is asserted pursuant to 11 U.S.C. §524, if the case

is removed to Federal Court.

5.      Venue lies in this District pursuant to 28 U.S.C. §1392(b), if the case is

removed to federal Court.

6.      The cause of action in this case pertaining to violation of 11 USC 524 is a

core proceeding as that term is defined in 28 US.C. §157(b)(2).

7.      Plaintiff is Somaly Ung, an adult individual with a residential address of

3124 Brookview Place, Elkins Park, PA  19027.

8.      Defendant is T.D. Bank, N.A., a/k/a TD Bank National Association, a

business entity with an addresses of Quaker Road, Queensbury, NY, 12804, and an

address of 1 Portland Square, Portland, ME. 04112.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**FACTUAL ALLEGATIONS**

9.      The previous paragraphs of this Complaint re incorporated by reference and made a part of this Complaint.

10.     Plaintiff filed bankruptcy in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Case No. 18-1304 on May 4, 2028.

11.     At no time did Defendant object to Plaintiff's Bankruptcy in any manner.

12.     At no time did Defendant claim that any money that Plaintiff owed to Defendant or its predecessor in interest was non-dischargeable.

13.     On or about September 13, 2018, this Honorable Bankruptcy Court issued an order granting Plaintiff a Discharge.  See attached exhibits.

14.     All debts that Plaintiff would have owed to Defendant were included in that Discharge.

15.     A copy of said discharge Order was mailed by the Bankruptcy Court to Defendant.  Defendant received the discharge Order.  See attached exhibits.

16.     At no time during the Chapter 7 case did Plaintiff reaffirm the underlying debt with Defendant.

17.     At no time during the Chapter 7 case was Defendant's pre-petition claim declared to be non-dischargeable.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

18.     Following the Discharge, Defendant requested and received a copy of Plaintiff's consumer report under the brand name of Experian.  See excerpt from Plaintiff's Experian consumer report included in the attached exhibits.

19.     At the time of the inquiry Plaintiff had had no active account with Defendant and all previous debts between Plaintiff and Defendant(s) were discharged in Plaintiff's Bankruptcy case.  Nor has Plaintiff initiated any business transaction with either Defendant at any time since Plaintiff's bankruptcy filing.

20.     When Defendant accessed Plaintiff's consumer report. Defendant knew or should have known of Plaintiff's Bankruptcy and the discharge.

### COUNT ONE: VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 USC 1681 et. Seq.

21.     The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

22.     The FCRA establishes very specific rules limiting when and why a person or entity can obtain a consumer report.  15 U.S.C. § 1681b (f) provides the following guidelines.

> (f) Certain use or obtaining of information prohibited. - A person shall not use or
> obtain a consumer report for any purpose unless -
> (1) the consumer report is obtained for a purpose for which the consumer report is
> authorized to be furnished under this section; and
> (2) the purpose is certified in accordance with section l68le of this title by a

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

prospective user of the report through a general or specific ce1tification.

23.    Section 1681b(a)(3) of the FCRA lists the all-inclusive purposes for which a

consumer report can be obtained:

> (a) In General. - ... (A] consumer reporting agency may furnish a consumer report
> under the following circumstances and no other:
> ...
>
> (3) To a person which it has reason to believe-
> (A) intends to use the information in connection with a credit transaction
> involving the consumer on whom the information is to be furnished and
> involving the extension of credit to, or review or collection of an account of, the
> consumer;
> ...
> (F) otherwise has a legitimate business need for the information ...
> (ii) to review an account to determine whether the consumer
> continues to meet the terms of the account.

24.    When Defendant requested and obtained Plaintiff's Experian consumer report after

the Bankruptcy discharge, Defendant was legally prohibited from accessing Plaintiff's

consumer report because Plaintiff no longer owed Defendant any money for any account

and because of the discharge injunction under 11 USC 524, and because Defendant no

longer had a permissible purpose to obtain Plaintiff's consumer report under 15 USC 1681b

et. seq. See Haberman v. PNC, United States District Court for the Eastern District of

Texas, Case NO. 4:11cv126; also see Orr v. Allied Interstate, Inc., United States

District Court for the Northern District of New York, Case No. 11-cv-00973.

25.    When Defendant(s) requested and obtained Plaintiff's Experian consumer report

after the Bankruptcy discharge,  Defendant(s) had actual and / or constructive

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

knowledge knowledge of Plaintiff's Bankruptcy Discharge.

26.     When Defendant(s) requested and obtained Plaintiff's Experian consumer report after the Bankruptcy discharge, Defendant had actual knowledge that it did not have a permissible purpose to obtain such information.

27.     Defendant(s) had actual knowledge of Plaintiff's bankruptcy and Plaintiff's Bankruptcy discharge at the time that Plaintiff accessed Plaintiff's Experian consumer report after the Bankruptcy discharge.

28.     Defendant willfully or recklessly violated the FCRA by obtaining Plaintiff's Experian consumer report after Defendant knew or should have known of the Bankruptcy Discharge.

29.     Plaintiff sent several inquiry letters to Defendant asking Defendant why it pulled Plaintiff's Experian consumer report after the Bankruptcy Discharge.

30.     To date Plaintiff has no record of a response from Defendant to her inquiry letters.

## LIABILITY AND DAMAGES

31.     The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

32.     Upon information and belief, Plaintiff believes and avers that after a reasonable

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

time to conduct discovery, Plaintiff can prove that Defendant had no procedural guidelines or policy which prevented it from accessing a consumer's report for a discharged debt.

33.     It is believed and averred that Defendant's violation of 15 USC 1681 et. seq. was willful, wanton or at least reckless, and therefore the full amount of statutory damages of $1,000.00 is warranted, or other amount determined by this Honorable Court pursuant to 15 USC 1681 et seq.

34.     It is believed and averred that Defendant's violation of 15 USC 1681 et. seq. of the FCRA was willful, wanton or at least reckless, and therefore punitive damages are warranted.

35.     It is believed and averred that Defendant's violation of 15 USC 1681 et. seq. of the FCRA was willful, wanton because of a previous lawsuit brought by Plaintiff against Defendant in which Defendant violated 15 USC 1681b of the FCRA.  Therefore Defendant's violations were systemic.

36.     For purposes of a default judgment, Plaintiff demands punitive damages of $9,000.00 under the FCRA which is 9 times the amount of statutory damages sought in this case.

37.     Plaintiff suffered a "concrete" injury within the meaning of Article 3 of the United States Constitution when Defendant willfully accessed Plaintiff's consumer report in violation of 15 USC 1681 et. seq. because Plaintiff's privacy interests were adversely affected and because Plaintiff lives in continuing anticipation of when the

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

next instance of an unlawful consumer credit pull will occur by the Defendant.

Because Plaintiff suffered such a "concrete" injury Plaintiff has standing to bring this

claim in this Honorable Court.

## ATTORNEY FEES

38.     The previous paragraphs of this Complaint are incorporated by reference.

39.     Plaintiff believes and avers that Plaintiff is entitled to reasonable attorney

fees for prosecuting this action pursuant to 15 USC 1681 et. seq.

40.     Plaintiff believes and avers that Plaintiff is entitled to reasonable attorney

fees for prosecuting this action pursuant to 11 USC 105 et. seq.

41.     Plaintiff believes and avers that the reasonable value of Plaintiff's services

is no less than $600.00 per hour, or other amount determined by this Honorable

Court.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

42.    Plaintiff believes and avers that Plaintiff's is entitled to reasonable attorney

fees of $3,000 at a rate of $600.00 per hour which includes the following.

|   |   |   |
|---|---|---|
| a. | Consultation with client and review of file, inquiry letters | 1 hour |
| b. | Drafting, editing, review of complaint , organizing exhibits, electronic filing and service of Complaint | 3 hours |
| c. | Reasonable follow up with Defense and client | 2 hours |

6 hours

5    x $600  = $3,000.00

43.    The above stated attorney fees represent work performed up and until the

filing of this Complaint as well as reasonable follow up with client and Defense.

44.    Plaintiff's attorney fees continue to accrue as this case progresses.

**OTHER RELIEF**

45.    The previous paragraphs of this Compliant are incorporated by reference

and made a part of this Complaint.

46.    Plaintiff requests such other relief as this court may deem just and proper.

47.    Plaintiff demands a jury trial in this matter.

48.    Plaintiff seeks fees and costs for prosecuting this action.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

49.     Plaintiff seeks such other relief as this Honorable Court deems just and proper.

Wherefore, Plaintiff prays for judgment against Defendant in the amount of $11,751.00 enumerated below, or other amount determined by this Honorable Court.

$1.00 actual damages

$1,000.00 statutory damages pursuant to 15 USC 1681, the FCRA

$9,000 punitive damages

$3,000.00 attorney fees

_____

$13,001

        Plaintiff also requests such other relief as this Honorable Court deems just and proper.  Plaintiff seeks fees and costs for prosecuting this action.  Plaintiff demands a jury trial.

/s/ Vicki Piontek                          6/07/2023

_____          _____

Vicki Piontek., Esquire                 Date
Attorney for Plaintiff
58 East Front Street. Danville, PA  17821
vicki.piontek@gmail.com
215-290-6444          Fax: 866-408-6735

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| Somaly Ung | : | |
| 3121 Brookview Place | : | |
| Elkins Park, PA 19027 | : | |
| Plaintiff | : | 2022-22951 |
| v. | : | |
| T.D. Bank, N.A. | : | |
| 54 Quaker Road | : | |
| Queensbury, NY, 12804 | : | |
| and | : | |
| XYZ Corporations 1-10 | : | |
| Defendant(s) | : | |

### VERIFICATION

I, Somaly Ung, have read the attached Complaint.  The facts stated therein are true

and correct to the best f my knowledge, understanding and belief.


## Somaly Ung


**Signature:** _Somaly Ung_
Somaly Ung (Jun 9, 2023 13:27 EDT)

**Email:** somalyung@hotmail.com

# Amended Complaint Draft

Final Audit Report                                                        2023-06-09

| | |
|---|---|
| Created: | 2023-06-09 |
| By: | Vicki Piontek (vicki.piontek@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdGD7HZ5__A-b7FZr14wqagvpkAST3gG0 |

## "Amended Complaint Draft" History

Document created by Vicki Piontek (vicki.piontek@gmail.com)
2023-06-09 - 5:14:46 PM GMT- IP address: 216.49.8.231

Document emailed to somalyung@hotmail.com for signature
2023-06-09 - 5:15:20 PM GMT

Email viewed by somalyung@hotmail.com
2023-06-09 - 5:26:51 PM GMT- IP address: 68.80.201.183

Signer somalyung@hotmail.com entered name at signing as Somaly Ung
2023-06-09 - 5:27:47 PM GMT- IP address: 68.80.201.183

Document e-signed by Somaly Ung (somalyung@hotmail.com)
Signature Date: 2023-06-09 - 5:27:49 PM GMT - Time Source: server- IP address: 68.80.201.183

Agreement completed.
2023-06-09 - 5:27:49 PM GMT

Adobe Acrobat Sign

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Somaly Ung
216 Sunnybrook Avenue - Elkins Park, PA  19027
215-█████████

TD BANKNORTH                TD BANK NA
1701 Marlton Pike East      PO BOX 1448
Cherry Hill , NJ, 08003     GREENVILLE SC 29602

TD BANK NA 5
4 CENTRAL STREET
FOXBORO, MA 02035

**Re: Somaly Ung  SSN** ████████ **DOB** ██████. **Partial Account #** ████████
**Partial Acct#** ████████ **....**          **Experian Inquiry Date 06.10.21**

Dear TD Bank:

I have learned that you accessed my Experian consumer report on or about June 10, 2021.
Enclosed attached please find an excerpt of my Experian consumer report which shows an
inquiry on or about June 10, 2021.

I have reason to suspect that inquiry was in connection with partial Acct # ████████ ....
Was it?

You know or should know that partial account number ████████ .... was discharged in my
recently bankruptcy and you had no business accessing my Experian consumer report in
connection with that discharged account . Enclosed please find bankruptcy documents.

Please tell me why you accessed my Experian consumer report on June 10, 2021.  If I do not
hear back from you withing 15 days from the date of this letter I will assume that the
inquiry was for partial account # ████████ ..

Sincerely,

*Somaly Ung* (signature)          **7/5/2022**

Somaly Ung





Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TD BANK NA 5
4 CENTRAL STREET
FOXBORO, MA 02035

9590 9402 7357 2028 9079 67

2. Article Number (Transfer from service label)

7020 3160 0002 0674 5274

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   : Mail Restricted Delivery
     00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $   $3.05
☐ Adult Signature Restricted Delivery $  $0.00

Postage
$                                    $0.00
                                     $0.00
Total Postage and Fees
$                                    $0.00

Postmark
Here

Sent To

Street  TD BANK NA 5
        4 CENTRAL STREET
City, S FOXBORO, MA 02035

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Rever

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TD BANKNORTH
   1701 Marlton Pike East
   Cherry Hill , NJ, 08003

   9590 9402 7357 2028 9079 74

2. Article Number *(Transfer from service label)*

   7020 3160 0002 0674 5267

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053            Domestic Return Receipt

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.com®.**

Greenville, SC 29602

OFFICIAL USE

Certified Mail Fee   $3.75

$                                    $3.05

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $    $0.00
☐ Return Receipt (electronic)        $    $0.00
☐ Certified Mail Restricted Delivery $    $0.00
☐ Adult Signature Required           $    $0.00
☐ Adult Signature Restricted Delivery $

Postage
$          $1.56

**Total Postage and Fees**
$          $8.36

*Sent To*

*Street* TD BANK NA
*City,* PO BOX 1448
GREENVILLE SC 29602

Postmark
Here

VILLE PA0821

JUL 05 202

07/05/2022

PS Form                                    See Reverse

7281 5225 4724 6790 2000 0940 3113 0202 2020

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



PO Box 9701
Allen, TX 75013



SOMALY UNG
216 SUNNYBROOK AVENUE
ELKINS PARK PA 19027-3428



# Your Credit Report

Report # ▓▓▓▓▓▓▓ for **Jan 05, 2022**



# Hi, Somaly. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

## Payment History
### 81% of your accounts always paid as agreed

Payment history makes up to 35% of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

## Amount of Debt
### You have 55% revolving credit utilization

Amount of Debt makes up 30% of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

## Credit History Length
### Your average account age is 7.6 years

Credit History Length makes up 15% of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

FICO SCORE

## Amount of New Credit
### You have initiated 1 credit application(s) in the past year

Amount of New Credit makes up to 10% of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

## Credit Mix
### Different Types of accounts

Credit Mix makes up 10% of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

Case# 2022-22951-6 Docketed at Montgomery County County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

7001-02-00-000259T-0006-0020345

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**TD BANK NA** Partial Acct #
PO BOX 1448 GREENVILLE SC 29602; No phone # available

**Status** (Sep 2018) Discharged through
Bankruptcy Chapter 7/Never late.

| **Date opened** | **Terms** | **Recent balance** |
|---|---|---|
| Jan 2017 | Not reported | Not reported |
| **Address ID #** | **Monthly payment** | **This account is** |
| 0040258396 | Not reported | scheduled to continue on |
| **Type** | **Credit limit or** | record until May 2025. |
| Secured Card | **original amount** | |
| **Responsibility** | $1,000 | |
| Individual | **High balance** | |
| | $1,027 | |

Payment history: Feb 2017 - Aug 2018

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | CUR | CUR | CUR | CUR | CUR | CUR | CUR | CUR | | | | |
| 2017 | | CUR | CUR | CUR | CUR | CUR | CUR | CUR | CUR | CUR | CUR | CUR |

# BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

## US BKPT CT PA PHILADELPH US BANKRUPTCY COURT PHILADELPHIA PA 19101 No phone # available

| **Identification number** | **Address ID#** | **Date resolved** | **Date filed** | **Responsibility** | **Status** |
|---|---|---|---|---|---|
| 1813047MDC | 0039550557 | Sep 2018 | May 2018 | Individual | Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until May 2028. |

T001-02-00-0002597-0005-0028045

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

**FACTUAL DATA** 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available — **Mar 18, 2021**
REASON: Real Estate on behalf of FREEDOM MORTGAGE CORPORA.
DURATION: This inquiry is scheduled to continue on record until Apr 2023.

**COMENITYCAPITAL/BURLIN** PO BOX 182120 COLUMBUS OH 43218 No phone # available — **Dec 19, 2020**
REASON: Charge Card.
DURATION: This inquiry is scheduled to continue on record until Jan 2023.

**TD RETAIL CARD SERVICES** 1000 MACARTHUR BLVD MAHWAH NJ 07430 No phone # available — **Jun 30, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**AT&T SERVICES INC** PO BOX 181929 DALLAS TX 75218 (866) 718 2011 — **Jun 28, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**FREEDOM CU** 626 JACKSONVILLE RD STE 250 WARMINSTER PA 18974 (215) 612 5900 — **May 11, 2020**
REASON: Credit Granting.
DURATION: This inquiry is scheduled to continue on record until Jun 2022.

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 — **Feb 21, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 — **Feb 18, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3742 INQUIRY DATES: 01.04.22 | 09.15.21 | 02.19.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 12.31.21 | 12.17.21 | 12.03.21 | 11.19.21 | 11.05.21 | 09.26.21 | 09.18.21 | 08.23.21 | 08.02.21 | 07.30.21 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.29.21 | 12.25.21 | 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21 | 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.10.21 | 11.06.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 | 10.09.21 | 10.06.21 | 10.02.21 | 09.29.21 | 09.22.21 | 09.18.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 08.18.21 | 08.14.21 | 08.11.21 | 08.07.21 | 08.04.21 | 07.31.21 | 07.28.21 | 07.24.21 | 07.17.21 | 07.14.21 | 07.10.21 | 07.07.21 | 07.03.21 | 06.30.21 | 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 | 06.09.21 | 06.05.21 | 06.02.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 06.15.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 | 04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.09.21 | 02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.25.21 | 01.20.21 | 01.17.21 | 01.12.21 | 01.10.21 | 01.08.21 | 01.07.21 |

**MARLETTE SERVICING LLC** 3419 SILVERSIDE RD WILMINGTON DE 19810 No phone # available INQUIRY DATES: 12.15.21 | 11.23.21 | 10.12.21 | 04.06.21 |

**SOFI LENDING CORPORATION** 2750 E COTTONWOOD PKWY COTTONWOOD HEIGHTS UT 84121 (855) 456 7634 INQUIRY DATES: 12.15.21 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.14.21 | 11.18.21 | 11.09.21 | 09.20.21 | 09.18.21 | 08.29.21 | 08.23.21 | 08.02.21 | 07.30.21 |



Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Who Has Viewed Your Consumer Information (Continued)

TD RETAIL CARD SERVICES/HUB 1000 MACARTHUR BLVD MAHWAH NJ 07430 (866) 729 7072 INQUIRY DATES: 11.15.21 |

LENDAH LLC 500 CUMMINGS CTR STE 2550 BEVERLY MA 01915 No phone # available INQUIRY DATES: 11.11.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 INQUIRY DATES: 11.05.21 | 10.22.21 | 10.06.21 | 09.24.21 | 09.10.21 | 08.27.21 | 08.13.21 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 10.20.21 | 08.10.21 |

EXPERIANHLTH 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030 INQUIRY DATES: 10.18.21 | 04.07.21 |

CAPITAL ONE PO BOX 30281 SALT LAKE CITY UT 84130 (800) 955 7070 INQUIRY DATES: 10.14.21 |

OLLO/ACT PO BOX 9222 OLD BETHPAGE NY 11804 (877) 494 0020 INQUIRY DATES: 10.11.21 | 09.13.21 | 09.12.21 | 08.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 09.19.21 | 09.18.21 | 08.21.21 | 08.01.21 |

OPORTUN/PROGRESO 1600 SEAPORT BLVD STE 250 REDWOOD CITY CA 94063 (866) 488 6090 INQUIRY DATES: 09.14.21 | 08.17.21 | 07.19.21 | 06.23.21 | 05.21.21 |

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 INQUIRY DATES: 09.02.21 |

FINANCIAL ASSET MGMT SYS 1987 LAKESIDE PKWY STE 400 TUCKER GA 30084 (866) 924 3267 INQUIRY DATES: 08.18.21 |

MERRICK BANK PO BOX 9201 OLD BETHPAGE NY 11804 (800) 253 2322 INQUIRY DATES: 08.11.21 | 04.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 673 0140 INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

CREDIT ONE BANK 6801 S CIMARRON RD LAS VEGAS NV 89113 (415) 459 6100 INQUIRY DATES: 07.13.21 | 06.15.21 | 05.20.21 | 03.17.21 | 02.11.21 | 01.13.21 |

CONSUMER PORTFOLIO SVCS 19500 JAMBOREE RD # FLRS 4/6 IRVINE CA 92612 (949) 753 6800 INQUIRY DATES: 05.28.21 |

SELF FINANCIAL INC 515 CONGRESS AVE STE 2200 AUSTIN TX 78701 No phone # available INQUIRY DATES: 05.11.21 |

TD BANK NA 54 CENTRAL ST FOXBORO MA 02035 (508) 543 5300 INQUIRY DATES: 05.10.21 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 05.04.21 | 01.10.21 |

FACTUAL DATA 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available INQUIRY DATES: 03.28.21 |

DATAMYX/ROCKET MORTGAGE 1050 WOODWARD AVE DETROIT MI 48226 (303) 373 3000 INQUIRY DATES: 03.19.21 |

AMERISAVE MORTGAGE CORP 3525 PIEDMONT RD NE ATLANTA GA 30305 (404) 260 7500 INQUIRY DATES: 03.18.21 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 03.18.21 |

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Your Personal Information** (Continued)

for faster results                                          Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

For more information, including information about additional rights, go to: www.consumerfinance.gov/learnmore or write to:
Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

SOMALY UNG  Report #              for 01/05/22                    page 10 of 12

7001-02-00-0023637-0002-0002242

Debtor 1  **Somaly Ung**                                                Case number (if known)      **18-13047**

---

**4.3
2**

**SYNCB / Old Navy**
Nonpriority Creditor's Name
**P.O. Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **9183**                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

**4.3
3**

**SYNCB / Walmart**
Nonpriority Creditor's Name
**P.O. Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **3538**              **$536.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

**4.3
4**

**TD Bank Na**
Nonpriority Creditor's Name
**32 Chestnut St Cards**
**Lewiston, ME 04240-7765**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **5678**              **$1,027.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 18-13047-mdc   Doc 40   Filed 09/16/18   Entered 09/17/18 01:02:53   Desc Imaged
Certificate of Notice   Page 1 of 4
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13047-mdc
Somaly Ung                                                                Chapter 7
            Debtor

**CERTIFICATE OF NOTICE**

District/off: 0313-2          User: admin              Page 1 of 2            Date Rcvd: Sep 14, 2018
                             Form ID: 318              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db              +Somaly Ung,    216 Sunnybrook Avenue,    Elkins Park, PA 19027-3428
14106500        +Aes/PNC Education Loan Center,     customerservice 757,    Pittsburgh, PA 15265-1001
14110224        +Associated Credit Services, Inc.,     P.O. Box 5171,    Westborough, MA 015B 01581-5171
14106501         Chase Auto,    PO Box 901003,    Bardwell, TX 75101-2003
14110226        +Loan Science,    2111 Kramer Lane,    Austin, TX 78758-4069
14106506         Meyer Properties,    21102 Kirkwood Highway,    Wilmington, DE 19805
14110225        +Northstar Location Services, LLC,     4285 Genesee Street,    Cheektowaga, NY 14225-1943
14110223        +Ready Refresh by Nestle,    formerly known as Deer Park / Poland Spr,    PO Box 856192,
                 Louisville, KY 40285-6192
14106509         Savorn Ung,    16 Sunnybroo Avenue,    Elkins Park, PA 19027
14106518         TFC Credit Corp,    125 RYAN INDUSTRIAL 209,    San Ramon, CA 94583-1773
14106519        +TBD/CBNA,    Cce Gray Ops Center PO Box 647,    Sioux Falls, SD 57101-0647
14106520        +Thuy Pham,    721 S. 13th St,    Philadelphia, PA 19147-1839
14106521        ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                 (address filed with court: U S Department of Edu Afsa,     PO Box 7202,   Utica, NY 13504-7202)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:29    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14106503         EDI: CITICORP.COM Sep 15 2018 06:38:00     Childrens Place/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14106504         EDI: WFNNB.COM Sep 15 2018 06:38:00     Commeity Bank / Newport,    PO Box 182789,
                 Columbus, OH 43218-2789
14106505         EDI: NAVIENTFKASMDOE.COM Sep 15 2018 06:38:00     Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
14110227        +EDI: NAVIENTFKASMSERV.COM Sep 15 2018 06:38:00     Navient,    P.O. Box 9533,
                 Wilkes-Barre, PA 18773-9533
14106507         EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery,    Riverside Commerce Center,
                 120 Corprate Blvd Ste,    Norfolk, VA 23502-4952
14106508         EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery Associates,    120 Corporte Blvd Ste,
                 Norfolk, VA 23502-4952
14102976        +EDI: PRA.COM Sep 15 2018 06:38:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14106510        +EDI: SEARS.COM Sep 15 2018 06:38:00     SEARS/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
14106512        +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Amazon Picc,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106513         EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / American Eagle,    P.O. Box 965005,
                 Orlando, FL 32896-5036
14106514        +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106515        +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Old Navy,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106516        +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Walmart,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106511         EDI: SWCR.COM Sep 15 2018 06:38:00     Southwest Credit System,    4120 intrnational pikeway,
                 carrollton, TX 75007-1958
14106517         EDI: TDBANKNORTH.COM Sep 15 2018 06:38:00     TD Bank Na,    32 Chestnut St Cards,
                 Lewiston, ME 04240-7765
                                                                                              TOTAL: 18

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14106502         Chase Auto Finance

                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**District/off: 0313-2**          **User: admin**                    **Page 2 of 2**                              **Date Rcvd: Sep 14, 2018**
                                  **Form ID: 318**                   **Total Noticed: 31**

          ***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:
          MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          VICKI ANN PIONTEK    on behalf of Debtor Somaly  Ung vicki.lawyer@gmail.com,   pabklaw@gmail.com
                                                                              TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Somaly Ung** | Social Security number or ITIN   xxx–xx– |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **18–13047–mdc** | | |

## Order of Discharge                                                                                      12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Somaly Ung
dba Nail Garden and Spa

<u>9/13/18</u>

By the court:   <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                                   Order of Discharge                                   page 1

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.





Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Somaly Ung**
**216 Sunnybrook Avenue - Elkins Park, PA  19027**
**215** █████████

**TD BANKNORTH**            **TD BANK NA**
**1701 Marlton Pike East**      **PO BOX 1448**
**Cherry Hill , NJ, 08003**     **GREENVILLE SC 29602**

**TD BANK NA 5**
**4 CENTRAL STREET**
**FOXBORO, MA 02035**

**Re:  Somaly Ung  SSN** ███████ **# DOB** ████████ **. Partial Account #** ███████████
**Partial Acct#** ████████████ **.      Experian Inquiry Date 06.10.21**

Dear TD Bank:

I have learned that you accessed my Experian consumer report on or about June 10, 2021.
Enclosed attached please find an excerpt of my Experian consumer report which shows an
inquiry on or about June 10, 2021.

I have reason to suspect that inquiry was in connection with partial Acct # ████████████████
Was it?

You know or should know that partial account number ██████████ .... was discharged in my
recently bankruptcy and you had no business accessing my Experian consumer report in
connection with that discharged account . Enclosed please find bankruptcy documents.

Please tell me why you accessed my Experian consumer report on June 10, 2021.  If I do not
hear back from you withing 15 days from the date of this letter I will assume that the
inquiry was for partial account # ██████████████

Sincerely,

*Somaly Ung*                                    7/11/2022
Somaly Ung



**UNITED STATES POSTAL SERVICE**®

**Certificate ( Mailin**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for maili
This form may be used for domestic and international mail.

From:

Somaly Ung

216 Sunnybrook Avenue

Elkins Park, PA  19027

To:

TD Bank NA 5

4 Central Street

Foxboro, MA 02035

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LG ENV
DANVILLE, PA
17821
JUL 11, 22
AMOUNT
**$1.75**
R2304M115163-97



1000

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 2:23-cv-04109-PD   Document 1-1   Filed 10/25/23   Page 98 of 123



# UNITED STATES
# POSTAL SERVICE®

## Certificate
## Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From:

Somaly Ung

216 Sunnybrook Avenue

Elkins Park, PA  19027

To:

TD Bank NA

P.O. Box 1448

Greenville, SC  29602

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LG ENV
DANVILLE, PA
17821
JUL 11, 22
AMOUNT

$1.75

R2304M115163-97



1000

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**Certificate**
**Mail**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for ma
This form may be used for domestic and international mail.

From:

Somaly Ung

216 Sunnybrook Avenue

Elkins Park, PA  19027

To:

TD Banknorth

1701 Marlton Pike East

Cherry Hill, NJ  08003

U.S. POSTAGE PAID
FCM LG ENV
DANVILLE, PA
17821
JUL 11, 22
AMOUNT

**$1.75**

R2304M115163-97



1000

PS Form **3817**, April 2007  PSN 7530-02-000-9065

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

PO Box 9701
Allen, TX 75013



SOMALY UNG
216 SUNNYBROOK AVENUE
ELKINS PARK PA  19027-3428



# experian™

# Your Credit Report

Report # [redacted] for **Jan 05, 2022**



# Hi, Somaly. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

## Payment History
*81% of your accounts always paid as agreed*

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

## Amount of Debt
*You have 55% revolving credit utilization*

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

## Credit History Length
*Your average account age is 7.6 years*

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

## Amount of New Credit
*You have initiated 1 credit application(s) in the past year*

Amount of New Credit makes up **10%** of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

## Credit Mix
*Different Types of accounts*

Credit Mix makes up **10%** of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

**FICO** [score]

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

7001-02-00-000297-0006-0003246

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**TD BANK NA** Partial Acct # ▮▮▮▮▮▮▮
PO BOX 1448 GREENVILLE SC 29602; No phone # available

**Status (Sep 2018)** Discharged through Bankruptcy Chapter 7/Never late.

| Date opened | Terms | Recent balance | Payment history: Feb 2017 - Aug 2018 |
|---|---|---|---|
| Jan 2017 | Not reported | Not reported | |

**Address ID #**
0040258396

**Monthly payment**
Not reported

This account is scheduled to continue on record until May 2025.

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | | | | |
| 2017 | | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ | ⊘ |

**Type**
Secured Card

**Credit limit or original amount**
$1,000

**Responsibility**
Individual

**High balance**
$1,027

# BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

## US BKPT CT PA PHILADELPH US BANKRUPTCY COURT PHILADELPHIA PA 19101 No phone # available

| Identification number | Address ID# | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 1813047MDC | 0039550557 | Sep 2018 | May 2018 | Individual | Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until May 2028. |

7001-02-00-000391-0005-000245

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.




# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

> ⚠ Hard inquiries may stay on your report up to two years.

**FACTUAL DATA** 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available                                                 Mar 18, 2021
REASON: Real Estate on behalf of FREEDOM MORTGAGE CORPORA.
DURATION: This inquiry is scheduled to continue on record until Apr 2023.

**COMENITYCAPITAL/BURLIN** PO BOX 182120 COLUMBUS OH 43218 No phone # available                                 Dec 19, 2020
REASON: Charge Card.
DURATION: This inquiry is scheduled to continue on record until Jan 2023.

**TD RETAIL CARD SERVICES** 1000 MACARTHUR BLVD MAHWAH NJ 07430 No phone # available                        Jun 30, 2020
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**AT&T SERVICES INC** PO BOX 181929 DALLAS TX 75218 (866) 718 2011                                                         Jun 28, 2020
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**FREEDOM CU** 626 JACKSONVILLE RD STE 250 WARMINSTER PA 18974 (215) 612 5900                                 May 11, 2020
REASON: Credit Granting.
DURATION: This inquiry is scheduled to continue on record until Jun 2022.

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825                                                     Feb 21, 2020
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117                                                          Feb 18, 2020
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

> ℹ Soft inquiries DO NOT impact your credit score.

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3742 INQUIRY DATES: 01.04.22 | 09.15.21 | 02.19.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 12.31.21 | 12.17.21 | 12.03.21 | 11.19.21 | 11.05.21 | 09.26.21 | 09.18.21 | 08.03.21 | 07.30.21 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.29.21 | 12.25.21 | 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21 | 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.10.21 | 11.06.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 | 10.09.21 | 10.06.21 | 09.29.21 | 09.26.21 | 09.22.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 08.18.21 | 08.14.21 | 08.11.21 | 08.07.21 | 08.04.21 | 07.31.21 | 07.23.21 | 07.24.21 | 07.17.21 | 07.14.21 | 03.10.21 | 06.30.21 | 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 | 06.09.21 | 06.05.21 | 06.02.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 05.15.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 | 04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.09.21 | 02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.25.21 | 01.20.21 | 01.17.21 | 01.12.21 | 01.10.21 | 01.08.21 | 01.07.21 |

**MARLETTE SERVICING LLC** 3419 SILVERSIDE RD WILMINGTON DE 19810 No phone # available INQUIRY DATES: 12.15.21 | 11.23.21 | 10.12.21 | 04.06.21 |

**SOFI LENDING CORPORATION** 2750 E COTTONWOOD PKWY COTTONWOOD HEIGHTS UT 84121 (855) 456 7634 INQUIRY DATES: 12.15.21 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.14.21 | 11.18.21 | 11.09.21 | 09.26.21 | 09.18.21 | 08.29.21 | 08.23.21 | 08.02.21 | 07.30.21 |



Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Who Has Viewed Your Consumer Information (Continued)

TD RETAIL CARD SERVICES/HUB 1000 MACARTHUR BLVD MAHWAH NJ 07430 (866) 729 7072 INQUIRY DATES: 11.19.21 |

LENDAH LLC 500 CUMMINGS CTR STE 2550 BEVERLY MA 01915 No phone # available INQUIRY DATES: 11.11.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 INQUIRY DATES: 11.05.21 | 10.22.21 | 10.08.21 | 09.24.21 | 09.10.21 | 08.27.21 | 08.13.21 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 10.20.21 | 08.10.21 |

EXPERIANHLTH 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030 INQUIRY DATES: 10.19.21 | 04.07.21 |

CAPITAL ONE PO BOX 30281 SALT LAKE CITY UT 84130 (800) 955 7070 INQUIRY DATES: 10.14.21 |

OLLO/ACT PO BOX 9222 OLD BETHPAGE NY 11804 (877) 494 0020 INQUIRY DATES: 10.11.21 | 09.13.21 | 08.12.21 | 09.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 09.19.21 | 09.16.21 | 08.21.21 | 08.01.21 |

OPORTUN/PROGRESO 1600 SEAPORT BLVD STE 250 REDWOOD CITY CA 94063 (866) 488 6000 INQUIRY DATES: 09.14.21 | 09.17.21 | 07.19.21 | 08.23.21 | 05.21.21 |

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 INQUIRY DATES: 09.02.21 |

FINANCIAL ASSET MGMT SYS 1967 LAKESIDE PKWY STE 400 TUCKER GA 30084 (866) 924 3267 INQUIRY DATES: 08.18.21 |

MERRICK BANK PO BOX 9201 OLD BETHPAGE NY 11804 (800) 253 2322 INQUIRY DATES: 08.11.21 | 04.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 673 0140 INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.30.21 |

CREDIT ONE BANK 6801 S CIMARRON RD LAS VEGAS NV 89113 (415) 459 6100 INQUIRY DATES: 07.13.21 | 06.15.21 | 05.20.21 | 03.17.21 | 02.11.21 | 01.13.21 |

CONSUMER PORTFOLIO SVCS 19500 JAMBOREE RD # FLRS 4/6 IRVINE CA 92612 (949) 753 6800 INQUIRY DATES: 06.23.21 |

SELF FINANCIAL INC 515 CONGRESS AVE STE 2200 AUSTIN TX 78701 No phone # available INQUIRY DATES: 06.11.21 |

TD BANK NA 54 CENTRAL ST FOXBORO MA 02035 (508) 543 5300 INQUIRY DATES: 06.10.21 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 06.04.21 | 01.10.21 |

FACTUAL DATA 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available INQUIRY DATES: 03.28.21 |

DATAMYX/ROCKET MORTGAGE 1050 WOODWARD AVE DETROIT MI 48226 (303) 373 3000 INQUIRY DATES: 03.19.21 |

AMERISAVE MORTGAGE CORP 3525 PIEDMONT RD NE ATLANTA GA 30305 (404) 260 7500 INQUIRY DATES: 03.19.21 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 03.18.21 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

ⓘ Personal information DOES NOT impact your credit score at all.



Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Your Personal Information** (Continued)



# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

**CALL US**
(833) 789 8634
M - F 9am - 5pm in your time zone.

**WRITE TO US**
Experian, NCAC
P.O. Box 2002
Allen, TX 75013

**GO ONLINE (for fastest results)**
Visit experian.com/disputes



Dispute Online for faster results      Check Status Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

For more information, including information about additional rights, go to: www.consumerfinance.gov/learnmore or write to:       Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Debtor 1   **Somaly Ung**                                              Case number (if know)   **18-13047**

**4.3 2**

**SYNCB / Old Navy**                   Last 4 digits of account number   **9183**                          **Unknown**
Nonpriority Creditor's Name
**P.O. Box 965005**                    When was the debt incurred?
**Orlando, FL 32896**
Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?        report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify

**4.3 3**

**SYNCB / Walmart**                    Last 4 digits of account number   **3538**                          **$536.00**
Nonpriority Creditor's Name
**P.O. Box 965005**                    When was the debt incurred?
**Orlando, FL 32896**
Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?        report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify

**4.3 4**

**TD Bank Na**                         Last 4 digits of account number   **6678**                          **$1,027.00**
Nonpriority Creditor's Name
**32 Chestnut St Cards**               When was the debt incurred?
**Lewiston, ME 04240-7765**
Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?        report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify

Case 18-13047-mdc    Doc 40    Filed 09/16/18    Entered 09/17/18 01:02:53    Desc Imaged
Certificate of Notice    Page 1 of 4

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re:
Somaly Ung
       Debtor

Case No. 18-13047-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Sep 14, 2018
                             Form ID: 318              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
```
db            +Somaly Ung,   216 Sunnybrook Avenue,   Elkins Park, PA 19027-3428
14106500       Aes/PNC Education Loan Center,   customerservice 757,   Pittsburgh, PA 15265-1001
14110224      +Associated Credit Services, Inc.,   P.O. Box 5171,   Westborough, MA 015B 01581-5171
14106501       Chase Auto,   PO Box 901003,   Bardwell, TX 75101-2003
14110226      +Loan Science,   2111 Kramer Lane,   Austin, TX 78758-4069
14106506       Meyer Properties,   21102 Kirkwood Highway,   Wilmington, DE 19805
14110225      +Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
14110223      +Ready Refresh by Nestle,   formerly known as Deer Park / Poland Spr,   PO Box 856192,
               Louisville, KY 40285-6192
14106509       Savorn Ung,   16 Sunnybroo Avenue,   Elkins Park, PA 19027
14106518       TFC Credit Corp,   125 RYAN INDUSTRIAL 209,   San Ramon, CA 94583-1773
14106519      +THD/CBNA,   Cco Gray Ops Center PO Box 647,   Sioux Falls, SD 57101-0647
14106520      +Thuy Pham,   721 S. 13th St,   Philadelphia, PA 19147-1839
14106521      ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
               (address filed with court: U S Department of Edu Afsa,   PO Box 7202,   Utica, NY 13504-7202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:29     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:26
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapa.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14106503       EDI: CITICORP.COM Sep 15 2018 06:38:00     Childrens Place/CBNA,   PO Box 6497,
               Sioux Falls, SD 57117-6497
14106504       EDI: WFNNB.COM Sep 15 2018 06:38:00     Commeity Bank / Newport,   PO Box 182789,
               Columbus, OH 43218-2789
14106505       EDI: NAVIENTFKASHDOE.COM Sep 15 2018 06:38:00     Dept of Ed/Navient,   PO Box 9635,
               Wilkes Barre, PA 18773-9635
14110227      +EDI: NAVIENTFKASMSRRV.COM Sep 15 2018 06:38:00     Navient,   P.O. Box 9533,
               Wilkes-Barre, PA 18773-9533
14106507       EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery,   Riverside Commerce Center,
               120 Corprate Blvd Ste,   Norfolk, VA 23502-4952
14106508       EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery Associates,   120 Corpote Blvd Ste,
               Norfolk, VA 23502-4952
14102976      +EDI: PRA.COM Sep 15 2018 06:38:00     PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
14106510      +EDI: SEARS.COM Sep 15 2018 06:38:00     SEARS/CBNA,   PO Box 6283,   Sioux Falls, SD 57117-6283
14106512      +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Amazon Picc,   P.O. Box 965005,
               Orlando, FL 32896-5005
14106513       EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / American Eagle,   P.O. Box 965005,
               Orlando, FL 32896-5036
14106514      +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Lowes,   P.O. Box 965005,
               Orlando, FL 32896-5005
14106515      +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Old Navy,   P.O. Box 965005,
               Orlando, FL 32896-5005
14106516      +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Walmart,   P.O. Box 965005,
               Orlando, FL 32896-5005
14106511       EDI: SWCR.COM Sep 15 2018 06:38:00     Southwest Credit System,   4120 intrnational pikeway,
               carrollton, TX 75007-1958
14106517       EDI: TDBANKNORTH.COM Sep 15 2018 06:38:00     TD Bank Na,   32 Chestnut St Cards,
               Lewiston, ME 04240-7765
                                                                                     TOTAL: 18
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14106502     Chase Auto Finance
                                                                          TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 18-13047-mdc    Doc 40    Filed 09/16/18    Entered 09/17/18 01:02:53    Desc Imaged
Certificate of Notice    Page 2 of 4

District/off: 0313-2              User: admin              Page 2 of 2              Date Rcvd: Sep 14, 2018
                                 Form ID: 318             Total Noticed: 31

          ***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2018                                Signature:   /s/Joseph Speetjens

─────────────────────────────────────────────────────────────────────────────────

                       CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          VICKI ANN PIONTEK   on behalf of Debtor Somaly  Ung vicki.lawyer@gmail.com,   pabklaw@gmail.com
                                                                         TOTAL: 3

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Somaly Ung** | Social Security number or ITIN   xxx–xx– |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **18–13047–mdc** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Somaly Ung
dba Nail Garden and Spa

9/13/18

By the court:   Magdeline D. Coleman
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                    Order of Discharge                    page 1

Case 2:23-cv-04109-PD   Document 1-1   Filed 10/25/23   Page 109 of 123
Case 18-13047-mdc    Doc 40    Filed 09/16/18    Entered 09/17/18 01:02:53    Desc Imaged
Certificate of Notice    Page 4 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.





Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Somaly Ung
216 Sunnybrook Avenue - Elkins Park, PA  19027
215█████████████

TD BANKNORTH           TD BANK NA
1701 Marlton Pike East  PO BOX 1448
Cherry Hill , NJ, 08003  GREENVILLE SC 29602

TD BANK NA 5
4 CENTRAL STREET
FOXBORO, MA 02035

**Re:  Somaly Ung  SSN** ██████████ **DOB**████████  **Partial Account #** ███████████
**Partial Acct#** █████████████       **Experian Inquiry Date 06.10.21**

Dear TD Bank:

I have learned that you accessed my Experian consumer report on or about June 10, 2021.
Enclosed attached please find an excerpt of my Experian consumer report which shows an
inquiry on or about June 10, 2021.

I have reason to suspect that inquiry was in connection with partial Acct # ████████████....
Was it?

You know or should know that partial account number ████████████.... was discharged in my
recently bankruptcy and you had no nosiness accessing my Experian consumer report in
connection with that discharged account

Please tell me why you accessed my Experian consumer report on June 10, 2021.  If I do not
hear back from you withing 15 days from the date of this letter I will assume that the inquiry
was in connection with partial account number Partial Acct# ███████████

Sincerely,

*Somaly Ung*                                9/13/2022

Somaly Ung

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

PO Box 9701
Allen, TX 75013

SOMALY UNG
216 SUNNYBROOK AVENUE
ELKINS PARK PA 19027-3428



# experian.

## Your Credit Report
Report # ▓▓▓▓▓ for Jan 05, 2022



# Hi, Somaly. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history. For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

**Payment History**
*81% of your accounts always paid as agreed*

Payment history makes up to 35% of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

**Amount of New Credit**
*You have initiated 1 credit application(s) in the past year*

Amount of New Credit makes up to 10% of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

**Amount of Debt**
*You have 55% revolving credit utilization*

Amount of Debt makes up 30% of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

**Credit History Length**
*Your average account age is 7.6 years*

Credit History Length makes up 15% of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

**Credit Mix**
*Different Types of accounts*

Credit Mix makes up 10% of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*



FICO

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

7001-02-00-0003991-0005-0000246

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.



**TD BANK NA** Partial Acct #
PO BOX 1448 GREENVILLE SC 29602; No phone # available

**Status (Sep 2018)** Discharged through
Bankruptcy Chapter 7/Never late.

| | | | Payment history: Feb 2017 - Aug 2018 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date opened** Jan 2017 | **Terms** Not reported | **Recent balance** Not reported | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| **Address ID #** 0040258398 | **Monthly payment** Not reported | This account is scheduled to continue on record until May 2025. | 2018 | | | | | | | | | | | | |
| **Type** Secured Card | **Credit limit or original amount** $1,000 | | 2017 | | | | | | | | | | | | |
| **Responsibility** Individual | **High balance** $1,027 | | | | | | | | | | | | | | |

## BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

## US BKPT CT PA PHILADELPH  US BANKRUPTCY COURT PHILADELPHIA PA 19101 No phone # available

| Identification number | Address ID# | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 1813047MDC | 0039550557 | Sep 2018 | May 2018 | Individual | Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until May 2028. |

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

***Hard Inquiries*** are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

⚠ Hard inquiries may stay on your report up to two years.

**FACTUAL DATA** 875 GREENTREE RD PITTSBURGH PA 15220 No phone # available — **Mar 18, 2021**
REASON: Real Estate on behalf of FREEDOM MORTGAGE CORPORA.
DURATION: This inquiry is scheduled to continue on record until Apr 2023.

**COMENITYCAPITAL/BURLIN** PO BOX 182120 COLUMBUS OH 43218 No phone # available — **Dec 18, 2020**
REASON: Charge Card.
DURATION: This inquiry is scheduled to continue on record until Jan 2023.

**TD RETAIL CARD SERVICES** 1000 MACARTHUR BLVD MAHWAH NJ 07430 No phone # available — **Jun 30, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**AT&T SERVICES INC** PO BOX 181929 DALLAS TX 75218 (866) 718 2011 — **Jun 28, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2022.

**FREEDOM CU** 626 JACKSONVILLE RD STE 250 WARMINSTER PA 18974 (215) 612 5900 — **May 11, 2020**
REASON: Credit Granting.
DURATION: This inquiry is scheduled to continue on record until Jun 2022.

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 — **Feb 21, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 — **Feb 18, 2020**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Mar 2022.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

***Soft Inquiries*** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

ⓘ Soft Inquiries DO NOT impact your credit score.

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3742 INQUIRY DATES: 01.04.22 | 09.15.21 | 02.19.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (888) 431 3471 INQUIRY DATES: 12.31.21 | 12.17.21 | 12.03.21 | 11.19.21 | 11.05.21 | 09.28.21 | 09.10.21 | 08.23.21 | 08.02.21 | 07.30.21 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.29.21 | 12.25.21 | 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21
| 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.10.21 | 11.06.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 |
10.09.21 | 10.06.21 | 10.02.21 | 09.29.21 | 09.25.21 | 09.22.21 | 09.18.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 08.18.21 | 08.14.21 |
08.11.21 | 08.07.21 | 08.04.21 | 07.31.21 | 07.28.21 | 07.24.21 | 07.17.21 | 07.14.21 | 07.10.21 | 07.07.21 | 07.03.21 | 06.30.21 | 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 |
06.09.21 | 06.05.21 | 06.02.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 05.15.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 |
04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.03.21 |
02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.25.21 | 01.20.21 | 01.17.21 | 01.12.21 | 01.10.21 | 01.03.21 | 01.07.21 |

**MARLETTE SERVICING LLC** 3419 SILVERSIDE RD WILMINGTON DE 19810 No phone # available INQUIRY DATES: 12.15.21 | 11.23.21 | 10.12.21 | 04.08.21 |

**SOFI LENDING CORPORATION** 2750 E COTTONWOOD PKWY COTTONWOOD HEIGHTS UT 84121 (855) 456 7634 INQUIRY DATES: 12.15.21 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.14.21 | 11.18.21 | 11.09.21 | 09.28.21 | 09.18.21 | 09.29.21 | 08.23.21 | 08.02.21 | 07.30.21 |

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Who Has Viewed Your Consumer Information (Continued)

**TD RETAIL CARD SERVICES/HUB** 1000 MACARTHUR BLVD MAHWAH NJ 07430 (866) 729 7072  INQUIRY DATES: 11.18.21 |

**LENDAH LLC** 500 CUMMINGS CTR STE 2550 BEVERLY MA 01915 No phone # available  INQUIRY DATES: 11.19.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 6800  INQUIRY DATES: 11.05.21 | 10.22.21 | 10.06.21 | 09.24.21 | 09.10.21 | 09.27.21 | 09.13.21 |

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773  INQUIRY DATES: 10.20.21 | 09.10.21 |

**EXPERIANHLTH** 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030  INQUIRY DATES: 10.19.21 | 04.07.21 |

**CAPITAL ONE** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 955 7070  INQUIRY DATES: 10.14.21 |

**OLLO/ACT** PO BOX 9222 OLD BETHPAGE NY 11804 (877) 494 0020  INQUIRY DATES: 10.11.21 | 09.13.21 | 09.12.21 | 09.14.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES: 09.10.21 | 09.15.21 | 09.21.21 | 09.01.21 |

**OPORTUN/PROGRESO** 1600 SEAPORT BLVD STE 250 REDWOOD CITY CA 94063 (866) 488 6090  INQUIRY DATES: 09.14.21 | 08.17.21 | 07.13.21 | 06.23.21 | 05.21.21 |

**AFFIRM** 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729  INQUIRY DATES: 09.02.21 |

**FINANCIAL ASSET MGMT SYS** 1987 LAKESIDE PKWY STE 400 TUCKER GA 30084 (888) 924 3267  INQUIRY DATES: 08.19.21 |

**MERRICK BANK** PO BOX 9201 OLD BETHPAGE NY 11804 (800) 253 2322  INQUIRY DATES: 08.11.21 | 04.14.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES: 07.30.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 673 0140  INQUIRY DATES: 07.30.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES: 07.30.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available  INQUIRY DATES: 07.30.21 |

**CREDIT ONE BANK** 6801 S CIMARRON RD LAS VEGAS NV 89113 (415) 459 6100  INQUIRY DATES: 07.13.21 | 06.15.21 | 05.20.21 | 03.17.21 | 02.11.21 | 01.13.21 |

**CONSUMER PORTFOLIO SVCS** 19500 JAMBOREE RD # FLRS 4/5 IRVINE CA 92612 (949) 753 6800  INQUIRY DATES: 06.29.21 |

**SELF FINANCIAL INC** 515 CONGRESS AVE STE 2200 AUSTIN TX 78701 No phone # available  INQUIRY DATES: 06.11.21 |

**TD BANK NA** 54 CENTRAL ST FOXBORO MA 02035 (508) 543 5300  INQUIRY DATES: 06.13.21 |

**EXPERIAN CS IDENTITY** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available  INQUIRY DATES: 06.04.21 | 01.19.21 |

**FACTUAL DATA** 975 GREENTREE RD PITTSBURGH PA 15220 No phone # available  INQUIRY DATES: 03.29.21 |

**DATAMYX/ROCKET MORTGAGE** 1050 WOODWARD AVE DETROIT MI 48226 (303) 373 3000  INQUIRY DATES: 03.19.21 |

**AMERISAVE MORTGAGE CORP** 3525 PIEDMONT RD NE ATLANTA GA 30305 (404) 260 7500  INQUIRY DATES: 03.19.21 |

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available  INQUIRY DATES: 03.18.21 |

# Your Personal Information

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Your Personal Information (Continued)**

[redacted]

## How to Contact Experian

*If you see information that is incorrect, contact us through one of the methods below.*

**CALL US**

(833) 788 6834
M - F 8am - 8pm in your time zone.

**WRITE TO US**

Experian, NCAC
P.O. Box 2002
Allen, TX 75013

**GO ONLINE (for fastest results)**

Visit experian.com/disputes

Dispute Online for faster results

Check Status Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

For more information, including information about additional rights, go to: www.consumerfinance.gov/learnmore or write to:

Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Debtor 1   Somaly Ung                                             Case number (if know)   18-13047

**4.3**
**2**

| **SYNCB / Old Navy** | Last 4 digits of account number   **9183** | **Unknown** |

Nonpriority Creditor's Name
P.O. Box 965005
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☑ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt       ☐ Student loans
Is the claim subject to offset?                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No
☐ Yes                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ☑ Other. Specify

**4.3**
**3**

| **SYNCB / Walmart** | Last 4 digits of account number   **3536** | **$536.00** |

Nonpriority Creditor's Name
P.O. Box 965005
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☑ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt       ☐ Student loans
Is the claim subject to offset?                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No
☐ Yes                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ☑ Other. Specify

**4.3**
**4**

| **TD Bank Na** | Last 4 digits of account number   **6676** | **$1,027.00** |

Nonpriority Creditor's Name
32 Chestnut St Cards
Lewiston, ME 04240-7766
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☑ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt       ☐ Student loans
Is the claim subject to offset?                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No
☐ Yes                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ☑ Other. Specify

Case 18-13047-mdc   Doc 40   Filed 09/16/18   Entered 09/17/18 01:02:53   Desc Imaged
Certificate of Notice   Page 1 of 4
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Somaly Ung
          Debtor

Case No.  18-13047-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin           Page 1 of 2           Date Rcvd: Sep 14, 2018
                           Form ID: 318           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
```
db              +Somaly Ung,    216 Sunnybrook Avenue,    Elkins Park, PA 19027-3428
14106500         Aes/FNC Education Loan Center,    customerservice 757,    Pittsburgh, PA 15265-1001
14110224        +Associated Credit Services, Inc.,    P.O. Box 5171,    Westborough, MA 015B 01581-5171
14106501         Chase Auto,    PO Box 901003,    Bardwell, TX 75101-2003
14110226        +Loan Science,    2111 Kramer Lane,    Austin, TX 78758-4069
14106506         Meyer Properties,    21102 Kirkwood Highway,    Wilmington, DE 19805
14110225        +Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
14110223        +Ready Refresh by Nestle,    formerly known as Deer Park / Poland Spr,    PO Box 856192,
                 Louisville, KY 40285-6192
14106509         Savorn Ung,    16 Sunnybroo Avenue,    Elkins Park, PA 19027
14106518         TPC Credit Corp,    125 RYAN INDUSTRIAL 209,    San Ramon, CA 94583-1773
14106519        +THD/CBNA,    Ceo Gray Ops Center PO Box 647,    Sioux Falls, SD 57101-0647
14106520        +Thuy Pham,    721 S. 13th St,    Philadelphia, PA 19147-1839
14106521        ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                 (address filed with court: U S Department of Edu Afsa,    PO Box 7202,    Utica, NY 13504-7202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:29     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICSNOTICE1@state.pa.us Sep 15 2018 02:57:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapa.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14106503         EDI: CITICORP.COM Sep 15 2018 06:38:00     Childrens Place/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14106504         EDI: WFNNB.COM Sep 15 2018 06:38:00     Comenity Bank / Newport,    PO Box 182789,
                 Columbus, OH 43218-2789
14106505         EDI: NAVIENTFKASMSERV.COM Sep 15 2018 06:38:00     Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
14110227        +EDI: NAVIENTFKASMSERV.COM Sep 15 2018 06:38:00     Navient,    P.O. Box 9533,
                 Wilkes-Barre, PA 18773-9533
14106507         EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery,    Riverside Commerce Center,
                 120 Corprate Blvd Ste,    Norfolk, VA 23502-4952
14106508         EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery Associates,    120 Corprate Blvd Ste,
                 Norfolk, VA 23502-4952
14102976        +EDI: PRA.COM Sep 15 2018 06:38:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14106510        +EDI: SEARS.COM Sep 15 2018 06:38:00     SEARS/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
14106512        +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Amazon Pics,    P.O. Box 965008,
                 Orlando, FL 32896-5005
14106513         EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / American Eagle,    P.O. Box 965005,
                 Orlando, FL 32896-5036
14106514        +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106515        +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Old Navy,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106516        +EDI: RMSC.COM Sep 15 2018 06:38:00     SYNCB / Walmart,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14106511         EDI: SWCR.COM Sep 15 2018 06:38:00     Southwest Credit System,    4120 intrnational pikeway,
                 carrollton, TX 75007-1958
14106517         EDI: TDBANKNORTH.COM Sep 15 2018 06:38:00     TD Bank Na,    32 Chestnut St Cards,
                 Lewiston, ME 04240-7765
                                                                                        TOTAL: 18
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14106502         Chase Auto Finance
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the SIP or replacing an incorrect SIP.
USPS regulations require that automation-compatible mail display the correct SIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania. Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Case 18-13047-mdc   Doc 40   Filed 09/16/18   Entered 09/17/18 01:02:53   Desc Imaged Certificate of Notice   Page 2 of 4**

District/off: 0313-2            User: admin                    Page 2 of 2                Date Rcvd: Sep 14, 2018
                               Form ID: 318                    Total Noticed: 31

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:
              MICHAEL H KALINER     mhkaliner@gmail.com,  pa35@ecfcbis.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              VICKI ANN PIONTEK   on behalf of Debtor Somaly Ung vicki.lawyer@gmail.com,  pabklaw@gmail.com
                                                                         TOTAL: 3

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case 18-13047-mdc    Doc 40    Filed 09/16/18    Entered 09/17/18 01:02:53    Desc Imaged
Certificate of Notice    Page 3 of 4

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Somaly Ung** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:   18-13047-mdc

Social Security number or ITIN   xxx–xx–

EIN   __–_____

Social Security number or ITIN   ____

EIN   __–_____

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Somaly Ung
dba Nail Garden and Spa

9/13/18

By the court:  Magdeline D. Coleman
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                    Order of Discharge                    page 1

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.

---

Case# 2022-22951-6 Docketed at Montgomery County Prothonotary on 06/09/2023 1:41 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.





Case #2022-22951

| | |
|---|---|
| **Case Number** | 2022-22951 |
| **Commencement Date** | 11/25/2022 |
| **Last Filing Date** | 6/9/2023 |
| **Days Open** | 334 |
| **Case Type** | Summons Civil Action |
| **PFA Number** | |
| **Caption Plaintiff** | UNG, SOMALY |
| **Caption Defendant** | TD BANK NA |
| **Lis Pendens Indicator** | No |
| **Status** | 2 - OPEN |
| **Judge** | SALTZ |
| **Remarks** | |
| **Sealed** | No |
| **Interpreter Needed** | |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| UNG, SOMALY | 3121 BROOKVIEW PLACE<br>ELKINS PARK, PA 19027 UNITED STATES | UNITED STATES | PIONTEK, VICKI | Yes | 1 | |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| TD BANK NA | 54 QUAKER RD<br>QUEENSBURY, NY 12804 UNITED STATES | UNITED STATES | | Yes | 1 | |
| TD BANK NA | 1 PORTLAND SQUARE<br>PORTLAND, ME 04112 UNITED STATES | UNITED STATES | | Yes | 2 | |
| XYZ CORPORATIONS 1-10 | UNKNOWN<br>, UNITED STATES | UNITED STATES | | Yes | 3 | |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | | 11/25/2022 | Summons Civil Action | | No | 13742809 |
| 1 | | 11/25/2022 | Attorney To Proceed In Forma Pauperis | | No | 13742810 |
| 3 | | 1/25/2023 | Order - Other | (CIVIL CASE MANAGEMENT) OF 1/25/23 KEHS,CA FACT DISCOVERY TO BE COMPLETED WITHIN 9 MONTHS RULE 236 NOTICE PROVIDED ON 01/25/2023 | No | 13808425 |
| 4 | E | 6/9/2023 | Complaint In | | No | 13979350 |
| 5 | E | 6/9/2023 | Praecipe | TO AMEND CAPTION TO AD ADDITIONAL ADDRESS OF DEFENDANT | No | 13979481 |
| 6 | E | 6/9/2023 | Amended Complaint | | No | 13980260 |